**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Southern</u>    District of <u>Texas</u>
                          (State)

Case number (*If known*): _____    Chapter <u>11</u>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Global Geophysical Services, LLC

2. **All other names debtor used in the last 8 years**    N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    4 7 – 2 3 2 7 5 8 2

4. **Debtor's address**

   **Principal place of business**

   13927 South Gessner Road
   Number    Street

   _____

   Missouri City    TX    77489
   City    State    ZIP Code

   Fort Bend
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**    www.globalgeophysical.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Global Geophysical Services, LLC                    Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  2  1  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ A plan is being filed with this petition.

  ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
        District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See Schedule 1 Attached.           Relationship _____
        District _____  When _____
                                                         MM  /  DD  / YYYY
        Case number, if known  _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor  <u>Global Geophysical Services, LLC</u>   Case number (*if known*)_____
    Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

[X] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[X] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[X] No

[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

**Where is the property?** _____
Number   Street

_____
_____
City                                   State      ZIP Code

**Is the property insured?**

[ ] No
[ ] Yes. Insurance agency _____
Contact name _____
Phone _____

---

| **Statistical and administrative information** |

**13. Debtor's estimation of available funds**

*Check one:*

[X] Funds will be available for distribution to unsecured creditors.
[ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

[ ] 1-49                [ ] 1,000-5,000        [ ] 25,001-50,000
[ ] 50-99               [ ] 5,001-10,000       [ ] 50,001-100,000
[ ] 100-199             [ ] 10,001-25,000      [ ] More than 100,000
[X] 200-999

**15. Estimated assets**

[ ] $0-$50,000              [ ] $1,000,001-$10 million         [ ] $500,000,001-$1 billion
[ ] $50,001-$100,000        [ ] $10,000,001-$50 million        [ ] $1,000,000,001-$10 billion
[ ] $100,001-$500,000       [ ] $50,000,001-$100 million       [ ] $10,000,000,001-$50 billion
[ ] $500,001-$1 million     [X] $100,000,001-$500 million      [ ] More than $50 billion

---

Debtor   <u>Global Geophysical Services, LLC</u>         Case number (*if known*)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>08/03/2016</u>
            MM / DD / YYYY

✘ <u>/s/ Sean M. Gore</u>                        <u>Sean M. Gore</u>
Signature of authorized representative of debtor    Printed name

Title <u>Chief Executive Officer</u>

**18. Signature of attorney**

✘ <u>/s/ Ian E. Roberts</u>              Date <u>08/03/2016</u>
Signature of attorney for debtor            MM / DD / YYYY

<u>Ian E. Roberts</u>
Printed name

<u>Baker Botts L.L.P.</u>
Firm name

<u>2001 Ross Avenue, Suite 1100</u>
Number      Street

<u>Dallas</u>                          <u>TX</u>    <u>75201</u>
City                              State  ZIP Code

<u>214-953-6500</u>                    <u>ian.roberts@bakerbotts.com</u>
Contact phone                     Email address

<u>24056217</u>                        <u>TX</u>
Bar number                         State

**Schedule 1**

| PENDING BANKRUPTCY CASES CONCURRENTLY FILED BY AFFILIATES OF THIS DEBTOR | |
|---|---|

| Company | Affiliation |
|---|---|
| Global Geophysical Services, Inc. | Subsidiary of Global Geophysical Services, LLC |
| GGS International Holdings, Inc. | Indirect Subsidiary of Global Geophysical Services, LLC |
| Global Geophysical (MCD), LLC | Indirect Subsidiary of Global Geophysical Services, LLC |
| Global Geophysical EAME, Inc. | Indirect Subsidiary of Global Geophysical Services, LLC |
| Global Ambient Seismic, Inc. | Indirect Subsidiary of Global Geophysical Services, LLC |
| Autoseis, Inc. | Indirect Subsidiary of Global Geophysical Services, LLC |
| Autoseis Development Company | Subsidiary of Autoseis, Inc. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| GLOBAL GEOPHYSICAL SERVICES, LLC | § § § § | Case No. _____ |
| Debtor. | § § § § | Joint Administration Requested |

CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FED. R. BANKR. P. 1007(a)(1)

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the following organizational chart identifies all entities that directly or indirectly own 10% or more of any class of the above-captioned debtor in possession's equity interests.

| Entity | Owner | % Ownership[1] |
|---|---|---|
| Global Geophysical Services, LLC (Debtor) | Third Avenue Focused Credit Fund | 38.62% |
| | Litespeed Master Fund LTD | 15.48% |

[*Remainder of Page Left Intentionally Blank*]

---

[1] Candlewood Special Situations Master Fund Ltd., together with certain of its affiliates, collectively own approximately 17.65% of Global Geophysical Services, LLC's equity interests.

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In re § § § **GLOBAL GEOPHYSICAL** § **SERVICES, LLC** § § Debtor. § § § | Chapter 11 Case No. _____ Joint Administration Requested |

**LIST OF EQUITY SECURITY HOLDERS**

| Entity | Owner | Address | % Ownership |
|---|---|---|---|
| Global Geophysical Services, LLC (Debtor) | APEX Clearing Corporation | 1700 Pacific Avenue Suite 1400 Dallas, TX 75201 Attn: Proxy Manager | >0.01% |
| | Baird & Co., Inc. | 777 E Wisconsin Avenue Milwaukee, WI 53202 Attn: Proxy Manager | >0.01% |
| | Banco Corpbanca Columbia SA FBO De Helm Bank SA | Carrera 7 No 27-18 Pios 8 Bogota, Colombia | 0.21% |
| | BancoColombia SA | Calle 31 No 6-87 4th Floor Bogota, Colombia | 0.10% |
| | Bank of New York Mellon | 525 William Penn Place Room 0300 Pittsburgh, PA 15259 Attn: Proxy Manager | 0.09% |
| | Bank of New York/Wealth | 525 William Penn Place Suite 1215 Pittsburg, PA 15259 Attn: Proxy Manager | >0.01% |
| | Barclays Bank PLC | 1301 6th Avenue New York, NY 10019 Attn: Tina Wong | 6.00% |
| | Barclays Capital Inc. | 1301 6th Avenue, 8th Floor New York, NY 10019 | >0.01% |
| | Candlewood Special Situations Master Fund LTD | 777 Third Avenue, Suite 19b New York, NY 10017 | 9.34% |

1

| | | Attn: Peter Dowling | |
|---|---|---|---|
| Global Geophysical Services, LLC (Debtor) | Cede & Co | P.O. Box 20<br>Bowling Green Stn<br>New York, NY 10274 | >0.01% |
| | Charles Schwab & Co. Inc. | 2423 East Lincoln Drive<br>Phoenix, AZ 85016<br>Attn: Proxy Manager | 0.07% |
| | Citibank NA | 3800 Citibank Center B3 12<br>Tampa Bay, FL 33610<br>Attn: Proxy Manager | 0.28% |
| | Credit Suisse Securities (USA) LLC | 11 Madison Avenue<br>New York, NY 10010<br>Attn: David Rossilli | 6.83% |
| | CWD OC 522 Master Fund Ltd. | 777 Third Avenue, Suite 19b<br>New York, NY 10017<br>Attn: Peter Dowling | 8.23% |
| | E-Trade Clearing LLC | 1981 Marcus Avenue 1st Floor<br>New Hyde Park, NY 11042<br>Attn: Proxy Manager | 0.02% |
| | First Clearing LLC | 1 North Jefferson Street, 9F<br>St. Louis, MO 63103<br>Attn: Proxy Manager | 0.09% |
| | Flagler Master Fund SPC Ltd. - Class A Portfolio | 777 Third Avenue, Suite 19b<br>New York, NY 10017<br>Attn: Peter Dowling | 0.06% |
| | Goldman Sachs International | 30 Hudson Street Proxy Dept.<br>Jersey City, NJ 07302<br>Attn: Proxy Manager | >0.01% |
| | GS Execution & Clearing | 30 Hudson Street Proxy Dept.<br>Jersey City, NJ 07302<br>Attn: Proxy Manager | >0.01% |
| | Ingalls & Snyder LLC | 1325 Avenue Of The Americas<br>18th Floor<br>New York, NY 10019<br>Attn: Proxy Manager | 0.05% |
| | Interactive Brokers | Greenwich Office Park Building 8<br>2nd Floor<br>Greenwich, CT 06831<br>Attn: Proxy Manager | >0.01% |
| | Joanne Patenaude | 54 Ellington Rd<br>Tolland, CT 06084 | >0.01% |

| | | | |
|---|---|---|---|
| Global Geophysical Services, LLC (Debtor) | JP Morgan Clearing Corp. | Dept C Cashiers<br>Dept 1 Metrotech<br>Center North Reorg Dept 4th Fl<br>Brooklyn, NY 11201 | 0.29% |
| | JPMorgan Chase Bank NA | 14201 Dallas Parkway<br>12th Floor<br>Dallas, TX 75254<br>Attn: Proxy Manager | 0.12% |
| | Litespeed Master Fund Ltd | 623 5th Avenue<br>26th Floor<br>New York, NY 10022<br>Attn: Charles Murphy | 15.48% |
| | LPL Financial Corp. | 4707 Executive Drive<br>San Diego, CA 92121<br>Attn: Corporate Actions | 0.01% |
| | Merrill Lynch | 101 Hudson Street 9th Floor<br>Jersey City, NJ 07302<br>Attn: Proxy Manager | 0.04% |
| | Morgan Stanley Smith Barney LLC | 1300 Thames Street Wharf<br>Baltimore, MD 21231<br>Attn: Proxy Manager | 0.01% |
| | National Financial Services LLC | 499 Washington Blvd<br>Jersey City, NJ 07310<br>Attn: Proxy Manager | 0.43% |
| | Northern Trust Company | 801 S Canal Street<br>Chicago, IL 60607<br>Attn: Proxy Manager | >0.01% |
| | Pershing LLC | 1 Pershing Plaza, 7th Floor<br>Jersey City, NJ 07399<br>Attn: Proxy Manager | 0.89% |
| | Raymond James & Associates Inc. | 880 Carilion Parkway Tower 2<br>4th Floor<br>St. Petersburg, FL 33716<br>Attn: Proxy Manager | >0.01% |
| | RBC Capital Markets Corp. | 510 Marquette Ave South<br>Minneapolis, MN 55402<br>Attn: Proxy Manager | 0.06% |
| | Southwest Securities Inc. | 1201 Elm Street Suite 3700<br>Dallas, TX 75270<br>Attn: Proxy Manager | 0.02% |
| | State Street | 1776 Heritage Drive North | 0.54% |

| | | Quincy, MA 02171<br>Attn: Corporate Actions | |
|---|---|---|---|
| Global Geophysical Services, LLC (Debtor) | Stifel Nicolaus & Co. | 501 N Broadway<br>7th Fl Stock Record Dept.<br>St. Louis, MO 63102<br>Attn: Proxy Manager | 0.07% |
| | TD Ameritrade Clearing Inc. | 1005 Ameritrade Place<br>Bellevue, NE 68005<br>Attn: Proxy Manager | >0.01% |
| | Tenenbaum Opportunities Partners VI LLC | 2951 28th Street<br>Suite 1000<br>Santa Monica, CA 90405 | 6.10% |
| | Tenenbaum Opportunities Partners V LP | 2951 28th Street<br>Suite 1000<br>Santa Monica, CA 90405 | 2.93% |
| | Third Avenue Focused Credit Fund Notes | 622 Third Avenue<br>New York, NY 10016<br>Attn: Brian Lennon | 38.62% |
| | UBS Financial Services LLC | 1000 Harbor Blvd.<br>Weehawken, NJ 07086<br>Attn: Proxy Manager | 0.01% |
| | Vanguard Marketing Corporation | 100 Vanguard Boulevard<br>Malvern, PA 19355<br>Attn: Corporate Actions | 0.02% |
| | Wedbush Morgan Securities Inc. | 1000 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Attn: Proxy Manager | >0.01% |
| | William G Byars | 5521 28th Street<br>Lubbock, TX 79407 | >0.01% |
| | Wingspan Master Fund LP | 767 Fifth Ave.<br>16th Floor<br>New York, NY 10153<br>Attn: David Crowe | 2.84% |

[*Remainder of Page Left Intentionally Blank*]

**Fill in this information to identify the case:**

Debtor name  **Global Geophysical Services, LLC, *et al*.**

United States Bankruptcy Court for the:  **Southern** District of  **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases:   List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Consolidated)          12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wilmington Trust, National Association Administrative Agent 50 South Sixth Street, Suite 1290 Minneapolis, MN 55402 | Jeffery T. Rose | Funded Debt | CUD | | | $40,445,999 |
| 2 | Microsoft Corporation 6100 Neil Road Reno, NV 89511 | | Trade | CUD | | | 54,791.82 |
| 3 | Open Geophysical, Inc. 1080 Eldridge Parkway #1100 Houston, TX 77077 | | Trade | CUD | | | 38,970.00 |
| 4 | Hyland Software, Inc. 28500 Clemens Road Westlake, OH 44145 | | Trade | CUD | | | 29,647.51 |
| 5 | Rosemont WTC Denver Operating LLC P.O. Box 204361 Dallas, TX 75320-4361 | | Trade | CUD | | | 24,537.49 |

Official Form 204   Chapter 11 or Chapter 9 Cases:   List of Creditors Who Have the 30 Largest Unsecured Claims         page 1

Debtors   Global Geophysical Services, LLC, et al.                                    Case number (if known)_____

| # | Creditor | | Type | CUD | | | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Minn-Alaska Transport<br>P.O. Box 100760<br>Anchorage, AK  99510 | | Trade | CUD | | | 20,500.00 |
| 7 | SLTNTRST LLC<br>29209 Canwood Street, Suite 210<br>Agoura Hills, CA  91301 | | Trade | CUD | | | 18,852.52 |
| 8 | Arctic Deadhorse, LLC<br>4820 Sportsman Drive<br>Anchorage, AK  99502 | | Trade | CUD | | | 17,500.00 |
| 9 | Direct Energy Business, LLC<br>P.O. Box 660749<br>Dallas, TX  75266 | | Trade | CUD | | | 16,345.44 |
| 10 | Aries Freight Systems LP<br>c/o Department 689<br>P.O. Box 4652<br>Houston, TX  77210-4652 | | Trade | CUD | | | 14,255.71 |
| 11 | Brice Sukakpak, LLC<br>P.O. Box 70668<br>Fairbanks, AK  99707 | | Professional services | CUD | | | 13,799.26 |
| 12 | U.S. Trustee Payment Center<br>P.O. Box 530202<br>Atlanta, GA 30353-0202 | | Prior Administrative | CUD | | | 11,308.22 |
| 13 | Multijobs<br>P.O. Box 33051<br>00600<br>Kenya | | Trade | CUD | | | 10,788.00 |
| 14 | Atlas Development & Support Services<br>P.O. Box 48<br>00502<br>Nairobi, Kenya | | Trade | CUD | | | 6,619.63 |
| 15 | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | | Professional services | CUD | | | 5,910.00 |
| 16 | American Oil & Gas Reporter<br>P.O. Box 343<br>Derby, KS 67037-0343 | | Trade | CUD | | | 4,883.50 |
| 17 | M.G.N Njunge &Co.<br>Westlands<br>P.O. Box 857<br>00606<br>Nairobi, Kenya | | Trade | CUD | | | 4,854.77 |

Debtor   Global Geophysical Services, LLC, et al.                                          Case number (if known)_____

| # | Creditor | | Type | Code | | | Amount |
|---|---|---|---|---|---|---|---|
| 18 | Seyfarth Shaw LLC<br>3807 Collections Center Drive<br>Chicago, IL 60693 | | Professional Services | CUD | | | 4,656.00 |
| 19 | Fleet Management Solutions, Inc.<br>32671 Collection Center Drive<br>Chicago, IL  60693-0326 | | Trade | CUD | | | 4,560.00 |
| 20 | Advanced Geodetic Surveys Inc.<br>23111 F.M. 1462<br>Damon, TX   77430 | | Trade | CUD | | | 4,334.59 |
| 21 | Tucker Sno-Cat Corporation<br>2872 South Pacific Highway<br>Medford, OR 97501 | | Trade | CUD | | | 4,318.97 |
| 22 | Prudhoe Bay Hotel<br>2606 C Street<br>Suite 2B<br>Anchorage, AK  99503 | | Trade | CUD | | | 3,510.00 |
| 23 | USTravel<br>16420 Park Ten Place Drive #500<br>Houston, TX 77084 | | Trade | CUD | | | 3,305.99 |
| 24 | Enterprise Parking Service, Inc.<br>P.O. Box 720597<br>Houston, TX 77277-0597 | | Trade | CUD | | | 3,076.00 |
| 25 | 2020 Exhibits, Inc.<br>10550 S. Sam Houston Parkway W<br>Houston, TX 77071 | | Trade | CUD | | | 2,796.00 |
| 26 | BrandExtract<br>7026 Old Katy Road, Suite 210<br>Houston, TX 77024 | | Trade | CUD | | | 2,584.90 |
| 27 | JZ Parts & Sevice LLC<br>P.O. Box 831<br>Culbertson, MT 59218 | | Trade | CUD | | | 2,500.00 |
| 28 | Chinook Tesoro<br>P.O. Box 39370<br>Ninilchik, AK  99639 | | Trade | CUD | | | 2,348.81 |
| 29 | MacRae & Co.<br>P.O. Box 806<br>Station B<br>Ottawa, ON K1P5T4<br>Canada | | Services | CUD | | | 2,280.00 |
| 30 | De Lage Landen Financial Services<br>P O Box 41602<br>Philadelphia PA 19101 | | Services | CUD | | | 2,163.97 |

Official Form 204    Chapter 11 or Chapter 9 Cases:   List of Creditors Who Have the 30 Largest Unsecured Claims        page 3

**Fill in this information to identify the case and this filing:**

Debtor Name __Global Geophysical Services, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement; List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/03/2016__           ✖ __/s/ Sean M. Gore_____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

__Sean M. Gore_____
Printed name

__Chief Executive Officer__
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## GLOBAL GEOPHYSICAL SERVICES, LLC

### Officer's Certificate

August 2, 2016

The undersigned hereby certifies that he is the duly elected, qualified and acting Chief Executive Officer of Global Geophysical Services, LLC, a Delaware limited liability company (the "Company"), and that, as such, he is familiar with the facts herein certified and is duly authorized to certify the same and does hereby certify as follows:

Attached hereto as Annex A are true and correct copies of certain resolutions duly adopted by the Board of Managers of the Company on August 1, 2016. Such resolutions have not been altered, amended, modified or rescinded, remain in full force and effect on the date hereof and constitute the only such resolutions adopted by the board of directors of the Company with respect to the transaction to be implemented through a pre-packaged plan in a bankruptcy proceeding under the provisions of Title 11 of the United States Code.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the date set forth above.

By: _____

Sean Gore
*Chief Executive Officer*

**Annex A**
**Resolutions Approved at the Board Meeting of**
**Global Geophysical Services, LLC**
**August 1, 2016**

## GLOBAL GEOPHYSICAL SERVICES, LLC

## RESOLUTIONS OF THE

## BOARD OF MANAGERS

**WHEREAS**, the Board of Managers (the "Board") of Global Geophysical Services, LLC, a Delaware limited liability company (the "Company") has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of senior management of the Company and the Company's legal, financial, and other advisors as to the relative risks and benefits of pursuing a transaction to be implemented through a pre-packaged plan in a bankruptcy proceeding under the provisions of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Company may pursue a proceeding under the Bankruptcy Code upon (i) the authorization of the Board and (ii) the receipt of sufficient affirmative votes of the parties in certain of the voting classes under the Prepackaged Plan (as defined below), such votes constituting the affirmative vote of the Members and Investors holding a majority of the Common Units (as defined in that certain Amended and Restated Limited Liability Company Agreement of the Company, as amended, the "LLC Agreement") (the "Required Votes");

**NOW, THEREFORE, BE IT RESOLVED**, that, subject to the Required Votes, the Board hereby approves, authorizes and confirms the following resolutions:

### Solicitation of Votes for Prepackaged Plan

**BE IT FURTHER RESOLVED**, that in the good faith business judgment of the Board, it is in the best interest of the Company, its creditors, employees, stakeholders, and other interested parties that the Company solicit votes on the *Joint Prepackaged Plan of Liquidation of Global Geophysical Services, LLC and its Debtor Affiliates* (the "Prepackaged Plan") from the lenders under that certain First Lien Credit Agreement, dated as of February 9, 2015 with Wilmington Savings Fund Society, FSB and the lenders party thereto (the "First Lien Term Loan") and the lenders under that certain Second Lien Credit Agreement, dated as of February 9, 2015 with Wilmington Trust, National Association and the lenders party thereto (the "Second Lien Term Loan");

**Annex A**
**Resolutions Approved at the Board Meeting of**
**Global Geophysical Services, LLC**
**August 1, 2016**

## Commencement of Chapter 11 Case

  **BE IT FURTHER RESOLVED**, that in the good faith business judgment of the Board, it is in the best interest of the Company, its creditors, employees, stakeholders, and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of the Bankruptcy Code and pursue confirmation of the Prepackaged Plan;

  **BE IT FURTHER RESOLVED**, that each of the officers of the Company and any of their designees (collectively, the "Officers") shall be and hereby are authorized, empowered, and directed, in the name and on behalf of the Company to: (i) execute and verify voluntary petitions for relief under chapter 11 of the Bankruptcy Code; and (ii) cause the same to be filed (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division (the "Bankruptcy Court"), in such form and at such time as such Officer executing the petition shall determine;

  **BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed, on behalf of and in the name of the Company, to file with the Bankruptcy Court on behalf of the Company the Prepackaged Plan and the *Solicitation and Disclosure Statement for the Joint Prepackaged Plan of Liquidation of Global Geophysical Services, LLC. and its Debtor Affiliates* (the "Disclosure Statement") and to take any and all further acts and deeds that the Officers deem necessary or proper to obtain confirmation of the Prepackaged Plan by the Bankruptcy Court;

  **BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed, on behalf of and in the name of the Company, to execute and verify all necessary documents, including, without limitation, the Prepackaged Plan, the Disclosure Statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, to employ and retain all assistance by legal counsel or other professionals, and to take any and all actions that they deem necessary and proper in connection with the Chapter 11 Case contemplated hereby, with a view to the successful prosecution of such case.

## Entry into DIP Credit Agreement and Related Actions

  **WHEREAS**, in connection with the Chapter 11 Case, the Company desires to obtain postpetition financing on a priming, superpriority basis pursuant to the terms and conditions of that certain Senior Secured Superpriority Debtor-In-Possession Credit Facility (the "DIP Credit Agreement"; the loans thereunder, the "DIP Loans"), by and among the Company, certain of the Company's debtor affiliates, Wilmington Savings Fund Society, FSB, as administrative agent and as collateral agent (in such capacities, the "DIP Agent"), and the lenders from time to time party thereto (collectively, the "DIP Lenders") providing for, *inter alia*, revolving loans of up to $2,000,000 in total aggregate principal amounts;

<u>Annex A</u>
**Resolutions Approved at the Board Meeting of**
**Global Geophysical Services, LLC**
**August 1, 2016**

  **WHEREAS**, the Board has been advised of the material terms of the DIP Credit Agreement and has determined that it is in the best interests of the Company to enter into the DIP Credit Agreement and the other loan documents to which the Company is, or is to be, a party;

  **WHEREAS**, the Board desires to authorize and approve the negotiation, execution and delivery by the Company of, and the performance of its obligations under, the DIP Credit Agreement and the other loan documents to which the Company is, or is to be, a party; and

  **WHEREAS**, the Board deems it advisable and in the best interests of the Company to authorize and empower the Officers, jointly or alone, in the name and on behalf of the Company, to negotiate, execute and deliver the DIP Credit Agreement and the other loan documents to which the Company is, or is to be, a party to the DIP Agent and/or the DIP Lenders in the name of and on behalf of the Company;

  **NOW, THEREFORE, BE IT RESOLVED**, that the DIP Credit Facility and the execution and delivery by the Company of, and the performance of its obligations under, the loan documents to which the Company is, or is to be, a party (i) are in the best interests of the Company, (ii) are in furtherance of its proper purposes, (iii) will benefit the Company and (iv) are hereby approved and authorized in all respects; and

  **BE IT FURTHER RESOLVED**, that each Officer is hereby authorized, empowered and directed, in the name and on behalf of the Company, to negotiate and prepare the form, terms and provisions of, and to execute and deliver, for and on behalf of the Company, the loan documents to which the Company is, or is to be, a party and any and all such other agreements, notices, letters, instruments, certificates, draw requests, letter of credit requests, letter of credit applications, consents, waivers, releases, proxies, powers of attorney and other documents (whether of a like nature or not) that any Officer deems necessary, appropriate or advisable to consummate the transactions contemplated by the loan documents in such form as may be approved by any Officer, and that the execution and delivery thereof by such Officer shall be conclusive evidence of the approval thereof by such Officer and by the Board; and

  **BE IT FURTHER RESOLVED**, that each Officer is hereby authorized, empowered and directed, in the name and on behalf of the Company, to do and perform such further acts and things, including, without limitation, (i) the execution and delivery of any amendments, restatements, modifications, increases, extensions, renewals or supplements to the loan documents to which the Company is, or is to be, a party and any other transaction documents and (ii) the filing with any and all appropriate regulatory authorities, state and federal, in each case, as may be necessary or deemed appropriate by such Officer in connection with the loan documents or any other transaction documents and the transactions contemplated thereby or which may be necessary or appropriate to comply with or evidence compliance with the terms, conditions and provisions of the loan documents or any other transaction documents as so executed, and that the performance or execution thereof by such Officer shall be conclusive evidence of the approval thereof by such Officer and by the Board; and

Annex A
**Resolutions Approved at the Board Meeting of**
**Global Geophysical Services, LLC**
**August 1, 2016**

### Retention of Advisors

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, the law firm of Baker Botts L.L.P. under a special advance retainer as general bankruptcy counsel to the Company and in other related matters on such terms and conditions as the Officers of the Company shall approve;

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, Alvarez & Marsal as financial advisor for the Company in connection with the Company's chapter 11 case and in other related matters on such terms and conditions as the Officers of the Company shall approve;

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, Prime Clerk as claims and notice agent for the Company in connection with the Company's chapter 11 case and in other related matters on such terms and conditions as the Officers of the Company shall approve;

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, such other counsel, financial advisors, or other professionals as may be prudent and desirable in connection with the Chapter 11 Case on such terms and conditions as the Officers of the Company shall approve;

### General Authorization and Ratification

**BE IT FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case or matters related thereto shall be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**BE IT FURTHER RESOLVED**, that any and all past actions heretofore taken by Officers of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

**BE IT FURTHER RESOLVED**, that the Board hereby authorizes and directs each of the Officers, in the name and on behalf of the Company or otherwise and under the seal of the Company or otherwise, to execute and deliver all such agreements, certificates, documents, instruments, and notices and to take all other actions as each such Officer in his or her sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions, including with respect to each subsidiary of the Company, and hereby ratifies and confirms any and all such actions.

DATED:        August 1, 2016