IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| **GLOBAL GEOPHYSICAL** | § | |
| **SERVICES, LLC**, *et al.*,[1] | § | Case No. 16- 20306 |
| | § | |
| **Debtors.** | § | Jointly Administered |
| | § | |
| | § | |

### GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Global Geophysical Services, LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), with the assistance of their advisors, hereby file their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements** and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division (the "**Bankruptcy Court**"), pursuant to section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and Rule 1007-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]

---

[1]  The Debtors in these chapter 11 cases are:  Global Geophysical Services, LLC (7582); Global Geophysical Services, Inc. (4281); Global Geophysical, EAME, Inc. (2130); GGS International Holdings, Inc. (2420); Global Ambient Seismic, Inc. (2256); Autoseis, Inc. (5224); Autoseis Development Company (9066); and Global Geophysical (MCD), LLC (a disregarded entity for tax purposes).

[2]  The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a Global Note with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

Mr. Sean M. Gore, the President and Chief Executive Officer of Global Geophysical Services, LLC and an authorized signatory for each of the Debtors, has signed each of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Gore necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Gore has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors are not required to update the Schedules and Statements.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

The Debtors are also the subjects of prior chapter 11 cases still pending before the Bankruptcy Court, jointly administered under case number 14-20130. *See In re Autoseis, Inc.,* et al. On February 6, 2015, the Bankruptcy Court confirmed a chapter 11 plan in such prior cases, which plan became effective on February 9, 2015. *See Findings of Fact and Conclusions of Law and Order Confirming Second Amended Joint Chapter 11 Plan of Reorganization of Global Geophysical Services, Inc. and its Debtors Affiliates, as Reformed*, Case No. 14-20130, [Docket No. 987] (the "2015 Plan"). Accordingly, to the extent applicable, these Schedules and Statements reflect information arising from and after the effective date of the 2015 Plan through the Petition Date. For information arising prior to the effective date of the 2015 Plan, please see the schedules and statements filed in the Debtors' prior cases. *See In re Autoseis, Inc.,* et al., Case No. 14-20130, May 23, 2014, Docket Nos. 356-367. Please further note that debtor Global Geophysical Services, LLC was organized on the effective date of the 2015 Plan and has no information that predates February 9, 2015.

## Global Notes and Overview of Methodology

**1.      Global Notes Control**. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**2.      Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors, omissions, or inaccuracies, some of which may be material, may exist. The Debtors reserve all of their rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim description, designation, or Debtor against which the claim is asserted;

dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving claims, substantive consolidation, defenses, equitable subordination, recharacterization, assumption or rejection of any executory contracts or unexpired leases, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, in Statement Question 4, Schedule B, and Schedule F) by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all of their rights with respect to such obligations.

**3.**     **Basis of Presentation**. For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates historically prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on an unconsolidated basis. Accordingly, the totals listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined below) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or any time before the Petition Date.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Entities trading in or otherwise purchasing, selling, or transferring claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations between any information and reports prepared

for securities law disclosure purposes or for any evaluations of the Debtors based on this financial information or any other information.

4.    **Description of Chapter 11 Cases and "as of" Information Date**. On August 3, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 4, 2016, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases under Case No. 16-20306 [Docket No. 27].

The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of June 30, 2016, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on August 3, 2016.

5.    **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. In many instances, current market valuations are neither maintained by nor readily available to the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June 30, 2016. Book values may not equate to their current market values. Amounts shown for total liabilities may differ materially from those stated in the Schedules and Statements. Furthermore, assets that have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

6.    **Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

7.    **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed in the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code

or the characterization of the structure of any transaction or any document or instrument related to any creditor's claim.

8.      **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued accounts payable. In addition and as set forth below, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to a First Day Order (as defined below) or other order that may be entered by the Bankruptcy Court.

The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected. In addition, certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

9.      **Insiders**. As used in the Schedules and Statements, the term "insiders" refers to the members of Debtors' boards of directors, those officers who report directly to such boards, and the Debtors' affiliates (but not their officers and directors). Persons listed as "insiders" have been included for informational purposes only and are not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are expressly reserved. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, federal securities laws, or with respect to any theories of liability or for any other purpose.

10.     **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or by a non-Debtor affiliate. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

11.     **Executory Contracts**. Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

12.   **Classifications**. Listing a claim in (a) Schedule D as "secured," (b) Schedule E as "unsecured priority," or (c) Schedule F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims, contracts, or leases or to setoff such claims.

13.   **Claims Description**. Schedules D, E, and F permit each of the Debtors to designate a claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such claim is not "disputed," "contingent," or "unliquidated," or that such claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert any offsets or defenses to, any claim reflected on their respective Schedules on any grounds, including, without limitation, nature, amount, validity, liability, classification, priority, or status. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent," or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors and the Debtors reserve the right to amend the Schedules accordingly.

14.   **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counter-claim, or recoupment and any claim on account of a contract or for breaches of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known or unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

15.   **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

  a.   Undetermined or Unknown Amounts. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount.

  b.   Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.     <u>Paid Claims</u>. The Debtors were authorized (but not directed) to pay certain outstanding prepetition claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by postpetition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

      d.     <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**16.**    **Estimates.** To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue, and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**17.**    **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**18.**    **Setoffs.** The Debtors incur certain offsets and other similar rights from customers and suppliers during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, refunds, credits, and other disputes or discrepancies between the Debtors and their customers and suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, may be excluded from the Debtors' Schedules and Statements.

<u>Specific Disclosures with Respect to the Debtors' Schedules</u>

<u>Schedules Summary</u>. Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of June 30, 2016, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business on August 3, 2016.

<u>Schedule A/B.</u> All executory contracts and unexpired leases are included in Schedule G.

7

**Schedule A/B: Question 3**. Cash values held in financial accounts are listed as of August 3, 2016.

**Schedule A/B: Question 11**. Values of accounts receivables are listed as of August 3, 2016 and do not take into account post-petition activity.

**Schedule A/B: Question 73**. Additional information regarding the insurance policies listed in Schedule A/B: Question 73 is available in the *Motion for Interim and Final Orders Authorizing the Debtors to (I) Continue Pre-Petition Insurance Program; (II) Pay any Pre-Petition Premiums and Related Obligations; (III) Honor Obligations Under Pre-Petition Premium Financing Agreements; (IV) Enter Into and Perform Under Post-Petition Insurance Financing Agreements; and (V) Modify the Automatic Stay Filed by Debtor Global Geophysical Services, LLC* [Docket No. 6] (the "**Insurance Motion**").

**Schedule D**.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed in Schedule D of any Debtor. The Debtors reserve all of their rights to dispute or challenge the secured nature of any claim or the characterization of the structure of any transaction or any document or instrument related to such claim. The descriptions provided in Schedule D are solely intended to be a summary—and not an admission—of liability. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties that may hold security deposits have not been listed in Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported in Schedule D. Moreover, the Debtors have not included in Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Although there are multiple parties that hold a portion of the Debtors' prepetition secured credit facilities or secured notes, only the respective administrative agents and indenture trustees have been listed for purposes of Schedule D. The amounts outstanding under the Debtors' prepetition secured credit facilities reflect principal and interest amounts as of the Petition Date and do not include accrued but unpaid fees, expenses, charges, and other obligations that may be incurred in connection therewith. In certain instances, including with respect to the Debtors' prepetition secured credit facilities, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth in Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

**Schedule E/F**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed in the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The

Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed in Schedule F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed in Schedule F of any Debtor. In addition, certain claims listed in Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Pursuant to various "First Day" orders entered by the Bankruptcy Court (collectively, the "**First Day Orders**"), the Debtors were authorized (but not directed) to pay certain prepetition claims including, without limitation, employee wages and benefit claims, and insurance claims. Accordingly, to the extent that these liabilities have been satisfied, they are not listed in the Schedules. Furthermore, to the extent after the date the Schedules are filed the Debtors pay any of the claims listed in Schedule E/F pursuant to any of the First Day Orders, the Debtors reserve all of their rights to amend or supplement the Schedules or take other action such as filing a claims objection, as is necessary and appropriate to avoid over payment or duplicate payments. Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed in Schedule E/F. The Debtors have attempted to relate all liabilities to each particular Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors.

The listing of any claim in Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Schedule F reflects unsecured claims that a Debtor may have against another Debtor on account of intercompany receivables and payables. To the extent a Debtor has a claim against another Debtor on account of the Debtors' prepetition secured facilities, these claims are not reflected on Schedule F. The listing by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors

9

regarding the allowance, classification, characterization, validity, or priority of such obligation. The Debtors take no position in these Schedules and Statements as to whether such obligations would be allowed as a claim, an interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such obligations.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. The Debtors' business is complex. Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and unexpired leases (collectively, the "**Agreements**") at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party or the remaining term of the Agreement, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Certain of the Agreements listed in Schedule G may have been entered into by more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the Agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such Agreements may have been listed on a different Debtor's Schedule G.

Listing a contract, agreement, or lease on Schedule G does not constitute an admission that such contract, agreement, or lease is an executory contract or unexpired lease or that such contract, agreement, or lease was in effect on the Petition Date or is valid or enforceable. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth in Schedule G. The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any Agreements set forth in Schedule G and to amend or supplement Schedule G as necessary.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, indemnity agreements, non-compete agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors reserve all of their rights with respect to such agreements. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

Certain of the Agreements listed in Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed in Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to

challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts. Additionally, certain of the Agreements listed in Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights, which are not set forth separately in Schedule G.

The Agreements listed in Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified in Schedule G, each Agreement listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such Agreement, without respect to whether such agreement, instrument, or other document is listed therein. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all of their rights, claims, and causes of action with respect to the Agreements listed in Schedule G, including the right to (a) dispute the validity, status, or enforceability of any Agreements set forth in Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the Agreements listed in Schedule G; and (c) amend or supplement such Schedule as necessary.

The Debtor may have excluded certain permits, data use licenses or other revenue generating agreements that may not be deemed as an executory contract. The Debtors retain their rights to (I) all permits and permit agreements obtained in the ordinary course of business granting a Debtor access to real property for acquiring geophysical data or providing services used by a Debtor to generate revenue on an ongoing; (II) all master agreements executed in the ordinary course of business with a customer providing for a Debtor's expert consulting, data processing, acquisition services and/or engineering services used by a Debtor to generate revenue on an ongoing basis; (III) all geophysical data use licenses (along with any related data orders or supplement agreements) under which a Debtor is a licensor.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the Debtors' prepetition debt are listed as co-Debtors on Schedule H. Although there are multiple parties that hold a portion of the Debtors' prepetition debt, only the respective administrative agents have been listed for purposes of Schedule H. No claim set forth in the Schedules of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of business, the Debtors may be involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed, or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Statement Question 7, as applicable.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement Question 3**. Statement Question 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders and bankruptcy professionals. The amounts listed in Statement Question 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed in Statement Question 3. All disbursements listed in Statement Question 3 are made through the Debtors' cash management system, which is described in further detail in the *Motion for Interim and Final Orders (I) Authorizing Continued Use of Prepetition Cash Management System; (II) Authorizing Continued Use of Prepetition Bank Accounts and Business Forms; and (III) Granting Other Related Relief Filed by Debtor Global Geophysical Services, LLC* [D.I. 7] (the "**Cash Management Motion**").

All disbursement information reported in Statement Question 3 for a specific Debtor pertains to the bank accounts maintained by that respective Debtor. As discussed in the Cash Management Motion, only certain of the Debtors maintain bank accounts and thus, such Debtors make disbursements on behalf of those Debtors that do not maintain bank accounts. The reader should review Statement Question 3 for all Debtors in these cases for a complete understanding of disbursements made by the Debtors.

The information provided in Statement Question 3 shall not constitute a waiver of any of the Debtors' rights or an admission that the recipients of such payments or other transfers were "creditors" or that amounts paid or otherwise transferred were due and owing. Amounts still owed to creditors will appear on the Schedules for the respective Debtor.

**Statement Question 4**. Statement Question 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders, as applicable. As described in the Cash Management Motion, in the ordinary course of business certain of the Debtor entities and business divisions maintain business relationships with each other, resulting in intercompany receivables and payables. The response to Statement Question 4 reflects cash transfers between affiliate entities and does not include non-cash book entries.

All disbursement information reported in Statement Question 4 for a specific Debtor pertains to the bank accounts maintained by that respective Debtor. As discussed in the Cash Management Motion, only certain of the Debtors maintain bank accounts and thus, such Debtors make disbursements on behalf of those Debtors that do not maintain bank accounts.

The information provided in Statement Question 4 shall not constitute a waiver of any of the Debtors' rights or an admission that the recipients of such payments or other transfers were

"creditors" or that amounts paid or otherwise transferred were due and owing. Amounts still owed to creditors will appear on the Schedules for the respective Debtor.

**Statement Question 7**. Information provided in Statement Question 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. In the Debtors' attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtors have identified such matters on Schedule F for the applicable Debtor. While the Debtors believe they were diligent in their efforts, it is possible that certain suits and proceedings may have been inadvertently left off of the Debtors' response to Statement Question 7. Accordingly, the Debtors reserve all of their rights to amend or supplement their response to Statement Question 7.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors also reserve their rights to assert that the Debtors are an appropriate party to such actions or proceedings.

**Statement Question 10**. The Debtors occasionally incur losses for a variety of reasons, including fire and theft. The Debtors, however, may not have records of all such losses as to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.

**Statement Question 11**. The amounts listed in response to Statement Question 11 refer to payments made to representatives of the Debtors in connection with certain prepetition restructuring initiatives and the preparation of these chapter 11 cases. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention motions and related orders filed with the Bankruptcy Court.  All payments or property transferred by or on behalf of a Debtor for such services were made by Global Geophysical Services, Inc. and are were to the benefit of all Debtors.

**Statement Question 29**. The Debtors' response to Statement Question 29 includes only those individuals who have terminated their relationship with the listed Debtor as either a director or officer, and do not include individuals who have simply changed their title but who have otherwise maintained their relationship as a director or officer.

**Statement Question 30**. Unless otherwise indicated in a Debtor's specific response to Statement Question 30, the Debtors have included a comprehensive response to Statement Question 30 in Statement Question 4.

*Remainder of Page Intentionally Left Blank*

**Fill in this information to identify the case:**

Debtor name  Global Geophysical Services, Inc.

United States Bankruptcy Court for the:  Southern, Corpus Christi Div   District of Texas
(State)

Case number (If known):   16-20307

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 1/1/2016<br>MM / DD / YYYY   to | Filing date | ☐ Operating a business<br>☒ Other  Operating Revenue Through 6/30/2016 | $      6,632,528.32 |
   | **For prior year:** | From 2/10/2015<br>MM / DD / YYYY   to | 12/31/2015<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other | $      42,235,599.19 |
   | **For the year before that:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY   to | Filing date | See attached rider | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor  Global Geophysical Services, Inc.                                    Case number (if known) 16-20307
_____Name_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See attached rider<br>Creditor's name<br><br>Street<br><br>City  State  ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City  State  ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached rider<br>Insider's name<br><br>Street<br><br>City  State  ZIP Code<br><br>Relationship to debtor | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br>City  State  ZIP Code<br><br>Relationship to debtor | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

Debtor    Global Geophysical Services, Inc.                                         Case number (if known) 16-20307
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| See attached rider | | _____ | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See attached rider | | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| Case number | | | ☐ Concluded |
| | | City          State          ZIP Code | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |

Debtor    Global Geophysical Services, Inc.       Case number (if known) 16-20307
             Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

[X] None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| City   State   ZIP Code | Case number | Street |
| | | City   State   ZIP Code |
| | Date of order or assignment | |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

[X] None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

[ ] None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| See attached rider | | _____ | $_____ |

Debtor   Global Geophysical Services, Inc.                                    Case number (if known) 16-20307
          Name

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See attached rider | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                State       ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                State       ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor     Global Geophysical Services, Inc.          Case number *(if known)* 16-20307
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See attached rider | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 13.2. | Who received transfer? | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | Street | | From _____ | To _____ |
| | City     State     ZIP Code | | | |
| 14.2. | Street | | From _____ | To _____ |
| | City     State     ZIP Code | | | |

Debtor  Global Geophysical Services, Inc.                              Case number (*if known*) 16-20307
        Name

---

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

[X] No. Go to Part 9.

[ ] Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State          ZIP Code | | *Check all that apply:* <br> [ ] Electronically <br> [ ] Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State          ZIP Code | | *Check all that apply:* <br> [ ] Electronically <br> [ ] Paper |

---

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

[X] No.

[ ] Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

[ ] No

[ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

[ ] No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

[ ] No. Go to Part 10.

[X] Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Global Geophysical Services, Inc. 401(k) Plan | EIN: 0 5 – 0 5 7 4 2 8 1 |

Has the plan been terminated?

[X] No

[ ] Yes

---

Debtor    Global Geophysical Services, Inc.         Case number *(if known)* 16-20307
         Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | See attached rider<br>Name<br><br>Street<br><br><br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br><br>Street<br><br><br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br><br>City   State   ZIP Code | <br><br><br>**Address**<br><br> | <br><br> | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See attached rider<br>Name<br><br>Street<br><br><br>City   State   ZIP Code | <br><br><br>**Address**<br><br> | <br><br> | ☐ No<br>☐ Yes |

---

| | | | |
|---|---|---|---|
| Debtor | Global Geophysical Services, Inc. | Case number (if known) | 16-20307 |
| | Name | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| See attached rider | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See attached rider | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor ___Global Geophysical Services, Inc.___  Case number (*if known*)16-20307 _____
　　　　　　Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See attached rider | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City　State　ZIP Code | City　State　ZIP Code | | |

---

**Part 13:　Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | See attached rider<br>Name<br>Street<br>City　State　ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____　To _____ |
| 25.2. | Name<br>Street<br>City　State　ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____　To _____ |
| 25.3. | Name<br>Street<br>City　State　ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____　To _____ |

Debtor      Global Geophysical Services, Inc._____      Case number (if known) 16-20307_____
                Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. See attached rider<br>Name<br><br>Street<br><br><br>City                          State               ZIP Code | From _____   To _____ |
| **Name and address** | **Dates of service** |
| 26a.2.<br>Name<br><br>Street<br><br><br>City                          State               ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. GRANT THORNTON LLP<br>700 MILAM STREET SUITE 300<br>HOUSTON, TX 77002 | From 7/10/2015   To  Present |
| **Name and address** | **Dates of service** |
| 26b.2.<br>Name<br><br>Street<br><br><br>City                          State               ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. See attached rider<br>Name<br><br>Street<br><br><br>City                          State               ZIP Code | _____<br>_____<br>_____ |

---

Debtor    Global Geophysical Services, Inc.                                          Case number (if known) 16-20307
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  See attached rider |
| Name |
| Street |
| City          State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City          State          ZIP Code |

Debtor    Global Geophysical Services, Inc.    Case number *(if known)* 16-20307
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.

Name

Street

City                                            State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See attached rider | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See attached rider | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. The Debtors believe that Question 30 was answered by the Debtors' response to Question 4. | | | |
| Name | | | |
| Street | | | |
| City                    State        ZIP Code | | | |
| **Relationship to debtor** | | | |

Debtor      Global Geophysical Services, Inc.                                    Case number (if known)  16-20307
            Name

| 30.2 | **Name and address of recipient** | | | | |
|---|---|---|---|---|---|
| | Name | | | | |
| | Street | | | | |
| | City | State | ZIP Code | | |
| | **Relationship to debtor** | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Global Geophysical Services, Inc. | EIN:  05-0574281 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/17/2016
               MM / DD  / YYYY

✗ /s/ Sean M. Gore                                      Printed name  Sean M. Gore
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Executive Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**
☐ No
☒ Yes

Debtor Name: Global Geophysical Services, Inc.                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 1, Question 2:** Non-business revenue

| From Date | To Date | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|-----------|---------|-----------------------------------|---------------------------------------------------|
| 1/1/2016 | 6/30/2016 | Gain on Sale of PP&E | $378,916.95 |
| 1/1/2016 | 6/30/2016 | Income From Sale Of Non-Capitalized Equipment | $37,723.61 |
| 1/1/2016 | 6/30/2016 | Interest Income | $39.80 |

Debtor Name: Global Geophysical Services, Inc.                                                                     Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|---|---|---|---|---|---|
| 1 | ADDISON GROUP<br>7076 SOLUTIONS CENTER<br>CHICAGO, IL 60606 | | | | |
| | | 54998 | Services | 05/27/2016 | $18,720.00 |
| | | 55003 | Services | 06/02/2016 | $12,435.00 |
| | | 55042 | Services | 06/08/2016 | $8,910.00 |
| | | 55059 | Services | 06/08/2016 | $2,880.00 |
| | | | SUBTOTAL | | $42,945.00 |
| 2 | AETNA INTERNATIONAL<br>ATTN: INTERNATIONAL GROUP BENEFITS,<br>RS41 PO BOX 21673<br>CHICAGO, IL 60673-1216 | | | | |
| | | 20935 | Insurance | 05/19/2016 | $3,867.65 |
| | | 20985 | Insurance | 07/08/2016 | $6,312.75 |
| | | 20999 | Insurance | 07/21/2016 | $1,130.83 |
| | | | SUBTOTAL | | $11,311.23 |
| 3 | AKIN GUMP STRASS HAUER & FELD LLP<br>DEPT 2915<br>CAROL STREAM, IL 60132-2915 | | | | |
| | | 20936 | Services | 05/19/2016 | $6,290.00 |
| | | 20937 | Services | 05/19/2016 | $3,392.50 |
| | | 20943 | Services | 05/27/2016 | $23,798.32 |
| | | 20976 | Services | 06/24/2016 | $5,525.00 |
| | | 21005 | Services | 07/28/2016 | $2,380.00 |
| | | | SUBTOTAL | | $41,385.82 |
| 4 | ALAGRO S.A<br>PATRICIO MACIEL<br>N° 9002<br>ASUNCION, PARAGUAY | | | | |
| | | 5934672 | Rent/Lease & VAT / TVA Payables | 05/05/2016 | $2,200.00 |
| | | 5934682 | Rent/Lease & VAT / TVA Payables | 06/07/2016 | $2,200.00 |
| | | 5934688 | Rent/Lease & VAT / TVA Payables | 07/01/2016 | $2,200.00 |
| | | 5934694 | Rent/Lease & VAT / TVA Payables | 08/02/2016 | $2,200.00 |
| | | | SUBTOTAL | | $8,800.00 |
| 5 | ALASKAN ANGLER RV RESORT AND CABINS<br>13089 EZI VIEW CIRCLE<br>EAGLE RIVER, AK 99577 | | | | |
| | | 54907 | Services | 05/18/2016 | $12,154.00 |
| | | | SUBTOTAL | | $12,154.00 |
| 6 | ALFORD, ANNA LEE<br>2350 WESTCREEK LANE #4207<br>HOUSTON, TX 77027 | | | | |
| | | EFT | Services | 06/02/2016 | $2,280.00 |
| | | EFT | Services | 06/08/2016 | $3,000.00 |
| | | EFT | Services | 06/15/2016 | $4,920.00 |
| | | EFT | Services | 06/28/2016 | $4,050.00 |
| | | EFT | Services | 07/08/2016 | $2,970.00 |
| | | EFT | Services | 07/21/2016 | $3,150.00 |

Debtor Name: Global Geophysical Services, Inc.                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Part 2, Question 3: Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|---|---|---|---|---|---|
| | | EFT | Services | 07/28/2016 | $1,590.00 |
| | | EFT | Services | 08/01/2016 | $4,830.00 |
| | | | SUBTOTAL | | $26,790.00 |
| 7 | ANTONIO, SANCHEZ LUCAS MIGUEL CARRERA 95A NO. 136-42 INTERIOR 15 APARTAMENTO 201 COLOMBIA | | | | |
| | | TC - 010358 | Services | 05/25/2016 | $6.64 |
| | | TC - 010368 | Services | 06/02/2016 | $334.88 |
| | | TC - 010374 | Services | 06/07/2016 | $3,577.89 |
| | | TC - 010397 | Services | 06/21/2016 | $119.08 |
| | | TC - 010399 | Services | 06/21/2016 | $200.93 |
| | | TC - 010417 | Services | 07/04/2016 | $3,302.28 |
| | | TC - 010420 | Services | 07/04/2016 | $205.24 |
| | | TC - 010433 | Services | 07/12/2016 | $23.26 |
| | | TC-010441 | Services | 07/18/2016 | $410.81 |
| | | TC-010452 | Services | 07/25/2016 | $81.12 |
| | | TC-010468 | Services | 08/01/2016 | $3,605.64 |
| | | | SUBTOTAL | | $11,867.77 |
| 8 | APORTES EN LINEA S A CARRERA 13 NO. 26A-47 PISO 12 COLOMBIA | | | | |
| | | TC - 010363 | Services | 06/01/2016 | $7,816.68 |
| | | TC - 010364 | Services | 06/01/2016 | $20.96 |
| | | TC - 010412 | Services | 07/01/2016 | $9,377.01 |
| | | TC - 010414 | Services | 07/01/2016 | $21.41 |
| | | TC-010460 | Services | 08/01/2016 | $5,161.21 |
| | | TC-010470 | Services | 08/02/2016 | $20.35 |
| | | | SUBTOTAL | | $22,417.62 |
| 9 | ARCTIC DEADHORSE, LLC 4820 SPORTSMAN DR ANCHORAGE, AK 99502 | | | | |
| | | 55284 | Services | 07/28/2016 | $17,500.00 |
| | | | SUBTOTAL | | $17,500.00 |
| 10 | ARIES FREIGHT SYSTEMS LP C/O DEPARTMENT 689 P O BOX 4652 HOUSTON, TX 77210-4652 | | | | |
| | | 54815 | Suppliers or vendors | 05/05/2016 | $15,161.50 |
| | | 54944 | Suppliers or vendors | 05/19/2016 | $210.00 |
| | | 54945 | Suppliers or vendors | 05/19/2016 | $2,150.00 |
| | | 54986 | Suppliers or vendors | 05/27/2016 | $11,987.56 |
| | | 55006 | Suppliers or vendors | 06/02/2016 | $11,234.85 |
| | | 55060 | Suppliers or vendors | 06/08/2016 | $3,783.74 |
| | | 55061 | Suppliers or vendors | 06/08/2016 | $165.00 |
| | | 55120 | Suppliers or vendors | 06/15/2016 | $2,733.00 |
| | | 55121 | Suppliers or vendors | 06/15/2016 | $2,150.00 |
| | | 55171 | Suppliers or vendors | 06/24/2016 | $1,190.44 |
| | | 55174 | Suppliers or vendors | 06/28/2016 | $4,026.34 |
| | | 55217 | Suppliers or vendors | 07/08/2016 | $740.00 |
| | | 55234 | Suppliers or vendors | 07/14/2016 | $958.62 |
| | | 55259 | Suppliers or vendors | 07/28/2016 | $10,796.16 |
| | | 55260 | Suppliers or vendors | 07/28/2016 | $2,689.63 |
| | | 55261 | Suppliers or vendors | 07/28/2016 | $769.92 |
| | | | SUBTOTAL | | $70,746.76 |

Debtor Name: Global Geophysical Services, Inc.                                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|---------------------|--------------------|--------------|---------------------|
| 11 | ATLAS FLUID CONTROLS CORP<br>9206 EMMOTT ROAD<br>HOUSTON, TX 77040 | | | | |
| | | 54816 | Suppliers or vendors | 05/05/2016 | $5,807.61 |
| | | 55175 | Suppliers or vendors | 06/28/2016 | $15,585.49 |
| | | 55207 | Suppliers or vendors | 07/06/2016 | $4,718.00 |
| | | 55254 | Suppliers or vendors | 07/27/2016 | $16,829.31 |
| | | | **SUBTOTAL** | | **$42,940.41** |
| 12 | BANIK, WILLIAM<br>1310 KENT OAK<br>HOUSTON, TX 77077 | | | | |
| | | 55036 | Services | 06/02/2016 | $9,000.00 |
| | | 55057 | Services | 06/08/2016 | $4,000.00 |
| | | 55140 | Services | 06/15/2016 | $5,000.00 |
| | | 55163 | Services | 06/24/2016 | $4,000.00 |
| | | 55183 | Services | 06/28/2016 | $5,000.00 |
| | | 55216 | Services | 07/08/2016 | $4,000.00 |
| | | 55245 | Services | 07/14/2016 | $4,000.00 |
| | | EFT | Services | 07/21/2016 | $5,000.00 |
| | | EFT | Services | 07/28/2016 | $11,625.00 |
| | | | **SUBTOTAL** | | **$51,625.00** |
| 13 | BANK OF AMERICA<br>150 N COLLEGE ST<br>CHARLOTTE, NC 28255 | | | | |
| | | 20944 | Suppliers or vendors | 05/27/2016 | $34,784.26 |
| | | 20974 | Suppliers or vendors | 06/22/2016 | $21,546.06 |
| | | 21006 | Suppliers or vendors | 07/28/2016 | $15,016.36 |
| | | | **SUBTOTAL** | | **$71,346.68** |
| 14 | BEST WESTERN BIDARKA INN<br>575 STERLING HWY<br>HOMER, AK 99603 | | | | |
| | | 54909 | Suppliers or vendors | 05/18/2016 | $35,096.21 |
| | | 55008 | Suppliers or vendors | 06/02/2016 | $2,998.94 |
| | | 55141 | Suppliers or vendors | 06/15/2016 | $986.74 |
| | | | **SUBTOTAL** | | **$39,081.89** |
| 15 | BFL CANADA INSURANCE, SERVICES, INC.<br>200, 1167 KENSINGTON CRESCENT NW<br>CALGARY, AB T2N 1X7 CANADA | | | | |
| | | 20925 | Services | 05/05/2016 | $3,000.00 |
| | | 20930 | Services | 05/06/2016 | $3,986.00 |
| | | | **SUBTOTAL** | | **$6,986.00** |
| 16 | BITTAR, OSVALDO<br>DR FRUTOS<br>N° 175<br>ASUNCION, PARAGUAY | | | | |
| | | 5934676 | Rent/Lease & VAT / TVA Payables | 05/17/2016 | $2,583.00 |
| | | 5934684 | Rent/Lease & VAT / TVA Payables | 06/20/2016 | $2,583.00 |
| | | 5934690 | Rent/Lease & VAT / TVA Payables | 07/19/2016 | $2,583.00 |
| | | | **SUBTOTAL** | | **$7,749.00** |

Debtor Name: Global Geophysical Services, Inc.                                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | | Payment date | Total payment amount |
|------|------------------|---------------------|-------------------|--|--------------|---------------------|
| 17 | BLACK GOLD OILFIELD SERVICES, LLC<br>150 EAGLE AVENUE BOX 3<br>FAIRBANKS, AK 99701 | | | | | |
| | | EFT | Services | | 05/05/2016 | $17,500.00 |
| | | EFT | Services | | 05/27/2016 | $17,500.00 |
| | | EFT | Services | | 06/28/2016 | $17,500.00 |
| | | | | SUBTOTAL | | $52,500.00 |
| 18 | BLAKE, CASSELS, & GRAYDON LLP<br>3500, 855-2ND STREET SW<br>CALGARY, AB T2P 4J8 CANADA | | | | | |
| | | 20997 | Services | | 07/14/2016 | $11,490.97 |
| | | | | SUBTOTAL | | $11,490.97 |
| 19 | BLUE CROSS BLUE SHIELD OF TEXAS<br>2525 WEST LOOP SOUTH, STE 1100<br>HOUSTON, TX 77027 | | | | | |
| | | 1198 | Insurance | | 05/31/2016 | $128,581.77 |
| | | 1210 | Insurance | | 06/30/2016 | $166,351.41 |
| | | 1219 | Insurance | | 08/02/2016 | $169,377.68 |
| | | | | SUBTOTAL | | $464,310.86 |
| 20 | BLUE FIN INTERNATIONAL SHIPPING LLC<br>DUBAI P.O. BOX 21897<br>DUBAI, UNITED ARAB EMIRATES | | | | | |
| | | 691824238 | Suppliers or vendors | | 05/29/2016 | $6,128.83 |
| | | -685200 | Suppliers or vendors | | 06/29/2016 | $8,011.63 |
| | | 691416954 | Suppliers or vendors | | 07/30/2016 | $4,837.46 |
| | | | | SUBTOTAL | | $18,977.92 |
| 21 | BRICE SUKAKPAK, LLC<br>PO BOX 70668<br>FAIRBANKS, AK 99707 | | | | | |
| | | 54843 | Services | | 05/05/2016 | $13,799.26 |
| | | 54987 | Services | | 05/27/2016 | $13,799.26 |
| | | 55196 | Services | | 06/28/2016 | $13,799.26 |
| | | 55262 | Services | | 07/28/2016 | $13,799.26 |
| | | | | SUBTOTAL | | $55,197.04 |
| 22 | CALVETTI FERGUSON P.C.<br>1201 LOUISIANA STREET SUITE 800<br>HOUSTON, TX 77002 | | | | | |
| | | EFT | Services | | 05/05/2016 | $2,899.90 |
| | | EFT | Services | | 05/27/2016 | $1,629.75 |
| | | EFT | Services | | 06/15/2016 | $14,636.68 |
| | | | | SUBTOTAL | | $19,166.33 |
| 23 | CARRICO, PAMELA<br>19035 YOUPON HILL COURT<br>HOUSTON, TX 77084 | | | | | |
| | | EFT | Services | | 06/08/2016 | $790.00 |
| | | EFT | Services | | 06/15/2016 | $795.00 |
| | | EFT | Services | | 06/28/2016 | $1,080.00 |
| | | EFT | Services | | 07/08/2016 | $120.00 |
| | | EFT | Services | | 07/14/2016 | $960.00 |

Debtor Name: Global Geophysical Services, Inc.                                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| | | EFT | Services | 07/21/2016 | $1,400.00 |
| | | EFT | Services | 07/28/2016 | $1,960.00 |
| | | | SUBTOTAL | | $7,105.00 |
| 24 | CHARD SNYDER 3510 IRWIN SIMPSON RD MASON, OH 45040 | | | | |
| | | 54819 | Services | 05/05/2016 | $290.00 |
| | | 1194 | Services | 05/31/2016 | $10,348.73 |
| | | 55041 | Services | 06/02/2016 | $270.00 |
| | | 55197 | Services | 06/28/2016 | $260.00 |
| | | 1204 | Services | 06/30/2016 | $6,135.05 |
| | | 1218 | Services | 08/02/2016 | $4,555.97 |
| | | | SUBTOTAL | | $21,859.75 |
| 25 | CHEHWANE, ROY PO BOX 502088 OFFICE #224, DMC BUILDING #8 DUBAI, UNITED ARAB EMIRATES | | | | |
| | | 710073 | Services | 07/20/2016 | $8,339.91 |
| | | | SUBTOTAL | | $8,339.91 |
| 26 | CLHB EXPLORATION SVCS, INC. PO BOX 3442 BOSTON, MA 02241-3442 | | | | |
| | | 54913 | Suppliers or vendors | 05/18/2016 | $814,349.51 |
| | | | SUBTOTAL | | $814,349.51 |
| 27 | COAST INTERNATIONAL INN 3450 AVIATION AVE ANCHORAGE, AK 99502 | | | | |
| | | 54846 | Suppliers or vendors | 05/05/2016 | $3,857.28 |
| | | 54914 | Suppliers or vendors | 05/18/2016 | $188.16 |
| | | 54915 | Suppliers or vendors | 05/18/2016 | $188.16 |
| | | 54916 | Suppliers or vendors | 05/18/2016 | $188.16 |
| | | 54917 | Suppliers or vendors | 05/18/2016 | $564.48 |
| | | 54918 | Suppliers or vendors | 05/18/2016 | $752.64 |
| | | 54919 | Suppliers or vendors | 05/18/2016 | $1,223.04 |
| | | 54920 | Suppliers or vendors | 05/18/2016 | $692.16 |
| | | 55009 | Suppliers or vendors | 06/02/2016 | $658.56 |
| | | 55277 | Suppliers or vendors | 07/28/2016 | $1,034.88 |
| | | | SUBTOTAL | | $9,347.52 |
| 28 | D I A N CRA 7 NO. 34-69 MEZANINE COLOMBIA | | | | |
| | | TC - 010342 | Taxes | 05/16/2016 | $4,531.43 |
| | | TC - 010343 | Taxes | 05/16/2016 | $678.69 |
| | | TC - 010344 | Taxes | 05/16/2016 | $340.81 |
| | | TC - 010385 | Taxes | 06/13/2016 | $304.74 |
| | | TC - 010386 | Taxes | 06/13/2016 | $3,275.80 |
| | | TC - 010387 | Taxes | 06/13/2016 | $474.19 |
| | | TC - 010435 | Taxes | 07/12/2016 | $8,044.58 |
| | | TC - 010436 | Taxes | 07/12/2016 | $490.51 |
| | | TC - 010437 | Taxes | 07/12/2016 | $309.56 |
| | | | SUBTOTAL | | $18,450.31 |

Debtor Name: Global Geophysical Services, Inc.          Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|---|---|---|---|---|---|
| 29 | DANIEL RADIATOR & HEAT EXCHANGER<br>3515 EAST FREEWAY<br>HOUSTON, TX 77020-3953 | | | | |
| | | 55236 | Services | 07/14/2016 | $9,235.00 |
| | | | **SUBTOTAL** | | **$9,235.00** |
| 30 | DELTA LEASING, LLC<br>8101 DIMOND HOOK DR.<br>ANCHORAGE, AK 99507 | | | | |
| | | 54849 | Services | 05/05/2016 | $5,076.00 |
| | | 54921 | Services | 05/18/2016 | $15,323.98 |
| | | 55064 | Services | 06/08/2016 | $6,781.53 |
| | | | **SUBTOTAL** | | **$27,181.51** |
| 31 | DIE & TOOL SERVICE INC<br>9431 RICHMOND GAINES RD<br>SUGAR LAND, TX 77498 | | | | |
| | | 54896 | Suppliers or vendors | 05/12/2016 | $15,069.74 |
| | | 54988 | Suppliers or vendors | 05/27/2016 | $15,149.60 |
| | | | **SUBTOTAL** | | **$30,219.34** |
| 32 | DIRECT ENERGY BUSINESS, LLC<br>P.O. BOX 660749<br>DALLAS, TX 75266 | | | | |
| | | 54820 | Suppliers or vendors | 05/05/2016 | $16,218.14 |
| | | 54989 | Suppliers or vendors | 05/27/2016 | $621.50 |
| | | 54990 | Suppliers or vendors | 05/27/2016 | $15,253.06 |
| | | 55172 | Suppliers or vendors | 06/24/2016 | $15,518.22 |
| | | 55264 | Suppliers or vendors | 07/28/2016 | $15,721.68 |
| | | 55287 | Suppliers or vendors | 07/28/2016 | $623.76 |
| | | | **SUBTOTAL** | | **$63,956.36** |
| 33 | DYNAMIC TECHNOLOGIES<br>UNIT 145, 3901-54 AVE. NE<br>CALGARY, AB T3J 3W5 CANADA | | | | |
| | | 55048 | Suppliers or vendors | 06/08/2016 | $8,443.91 |
| | | | **SUBTOTAL** | | **$8,443.91** |
| 34 | EAST ROAD SERVICES, INC.<br>33740 JONES DRIVE<br>HOMER, AK 99603 | | | | |
| | | 54850 | Services | 05/05/2016 | $7,200.00 |
| | | 54922 | Services | 05/18/2016 | $8,330.00 |
| | | 54923 | Services | 05/18/2016 | $1,115.00 |
| | | 54924 | Services | 05/18/2016 | $27.67 |
| | | | **SUBTOTAL** | | **$16,672.67** |
| 35 | ENERGY MECHANICAL SERVICES INC.<br>PO BOX 1050<br>HEMPSTEAD, TX 77445 | | | | |
| | | 54952 | Suppliers or vendors | 05/19/2016 | $2,273.25 |
| | | 54991 | Suppliers or vendors | 05/27/2016 | $2,535.22 |
| | | 55178 | Suppliers or vendors | 06/28/2016 | $2,154.18 |
| | | 55219 | Suppliers or vendors | 07/08/2016 | $2,616.94 |
| | | 55267 | Suppliers or vendors | 07/28/2016 | $307.43 |
| | | | **SUBTOTAL** | | **$9,887.02** |

Debtor Name: Global Geophysical Services, Inc.                                                                Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|---------------------|---------------------|--------------|---------------------|
| 36 | FREDDIE'S ROADHOUSE INC. P.O. BOX 1360 KENAI, AK 99611 | 54927 | Suppliers or vendors | 05/18/2016 | $24,460.00 |
| | | | **SUBTOTAL** | | **$24,460.00** |
| 37 | GE CAPITAL P. O. BOX 740425 ATLANTA, GA 30374-0425 | 20926 | Suppliers or vendors | 05/05/2016 | $63,137.41 |
| | | 20955 | Suppliers or vendors | 06/03/2016 | $63,137.41 |
| | | | **SUBTOTAL** | | **$126,274.82** |
| 38 | GEOTEK ALASKA, INC. PO BOX 11-1155 ANCHORAGE, AK 99511-1155 | 54928 | Suppliers or vendors | 05/18/2016 | $21,950.00 |
| | | | **SUBTOTAL** | | **$21,950.00** |
| 39 | GLOBAL TAX NETWORK, LLC ATTN: BARBARA KOLB 7950 MAIN STREET N, SUITE 200 MAPLE GROVE, MN 55369 | 55126 | Services | 06/15/2016 | $2,450.00 |
| | | 55220 | Services | 07/08/2016 | $4,600.00 |
| | | | **SUBTOTAL** | | **$7,050.00** |
| 40 | GRAHAM, DEAN 20 MALDEN CLOSE CRAMLINGTON, NORTHUMBERLAND, NE23 6UD UNITED KINGDOM | 20964 | Services | 06/10/2016 | $18,700.00 |
| | | 20972 | Services | 06/15/2016 | $18,700.00 |
| | | | **SUBTOTAL** | | **$37,400.00** |
| 41 | GRIFURON OFFSHORE LOGISTICS COLOMBIA SAS CALLE 26 NO. 69C-03 COLOMBIA | TC - 010383 | Suppliers or vendors | 06/09/2016 | $2,897.14 |
| | | TC - 010411 | Suppliers or vendors | 07/01/2016 | $6,374.65 |
| | | | **SUBTOTAL** | | **$9,271.79** |
| 42 | GX TECHNOLOGY I/O-GMG/AXIS INC MAILCODE: 5073 PO BOX 660367 DALLAS, TX 75266-0367 | 55162 | Services | 06/24/2016 | $7,248.00 |
| | | | **SUBTOTAL** | | **$7,248.00** |

Debtor Name: Global Geophysical Services, Inc.                                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| 43 | H Q S LOGISTICA SAS<br>CARRERA 106 NO. 15 - 25 BODEGA 144<br>MANZANA 24 ZONA FRANCA BOGOTÁ<br>COLOMBIA | | | | |
| | | TC - 010335 | Suppliers or vendors | 05/09/2016 | $8,990.95 |
| | | TC - 010355 | Suppliers or vendors | 05/25/2016 | $1,981.97 |
| | | TC - 010388 | Suppliers or vendors | 06/13/2016 | $26,286.30 |
| | | TC - 010402 | Suppliers or vendors | 06/28/2016 | $377.74 |
| | | TC - 010434 | Suppliers or vendors | 07/12/2016 | $16,475.63 |
| | | | SUBTOTAL | | $54,112.59 |
| 44 | HARVARD MAINTENANCE, INC.<br>59 MAIDEN LANE<br>NEW YORK, NY 10038 | | | | |
| | | EFT | Services | 05/05/2016 | $7,312.30 |
| | | EFT | Services | 05/19/2016 | $7,312.30 |
| | | EFT | Services | 07/08/2016 | $7,312.30 |
| | | | SUBTOTAL | | $21,936.90 |
| 45 | HYDRAQUIP DISTRIBUTION<br>P.O.BOX 4493<br>HOUSTON, TX 77210 | | | | |
| | | EFT | Suppliers or vendors | 06/02/2016 | $2,203.28 |
| | | EFT | Suppliers or vendors | 06/08/2016 | $7,555.93 |
| | | | SUBTOTAL | | $9,759.21 |
| 46 | ICE SERVICES INC<br>2606 C STREET # 2B<br>ANCHORAGE, AK 99503 | | | | |
| | | 54854 | Services | 05/05/2016 | $2,550.00 |
| | | 54876 | Services | 05/12/2016 | $2,100.00 |
| | | 54929 | Services | 05/18/2016 | $2,250.00 |
| | | 54930 | Services | 05/18/2016 | $1,250.00 |
| | | 54931 | Services | 05/18/2016 | $3,150.00 |
| | | 55018 | Services | 06/02/2016 | $1,800.00 |
| | | 55019 | Services | 06/02/2016 | $850.00 |
| | | | SUBTOTAL | | $13,950.00 |
| 47 | INSIGHT DIRECT USA, INC.<br>PO BOX 731069<br>DALLAS, TX 75373-1069 | | | | |
| | | 55189 | Suppliers or vendors | 06/28/2016 | $8,632.12 |
| | | | SUBTOTAL | | $8,632.12 |
| 48 | INSTITUTO DE PREVISION SOCIAL<br>HAEDO<br>N° 195<br>ASUNCION, PARAGUAY | | | | |
| | | 5951804 | Insurance | 05/05/2016 | $2,239.79 |
| | | 5951841 | Insurance | 06/13/2016 | $2,274.94 |
| | | 5951866 | Insurance | 07/20/2016 | $1,405.26 |
| | | 5951883 | Insurance | 08/02/2016 | $614.40 |
| | | | SUBTOTAL | | $6,534.39 |

Debtor Name: Global Geophysical Services, Inc.                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| 49 | IPFS CORPORATION<br>TXH-153514 1001 WINSTEAD DRIVE, SUITE 500<br>CARY, NC 27513 | | | | |
| | | 55206 | Insurance | 06/28/2016 | $76,345.50 |
| | | | SUBTOTAL | | $76,345.50 |
| 50 | JETAIR TRAVEL LOGISTICS<br>3 CITY PLACE BEEHIVE RING ROAD<br>WEST SUSSEX, GATWICK, RH6 0PA<br>UNITED KINGDOM | | | | |
| | | 20969 | Suppliers or vendors | 06/15/2016 | $1,247.00 |
| | | 20987 | Suppliers or vendors | 07/08/2016 | $1,275.00 |
| | | 20998 | Suppliers or vendors | 07/14/2016 | $4,876.00 |
| | | | SUBTOTAL | | $7,398.00 |
| 51 | JZ PARTS & SERVICE LLC<br>BOX 831<br>CULBERTSON, MT 59218 | | | | |
| | | 54958 | Services | 05/19/2016 | $2,500.00 |
| | | 55069 | Services | 06/08/2016 | $2,500.00 |
| | | 55224 | Services | 07/08/2016 | $2,500.00 |
| | | | SUBTOTAL | | $7,500.00 |
| 52 | KATALYST DATA MANAGEMENT LLC<br>P.O. BOX 209038<br>DALLAS, TX 75320-9038 | | | | |
| | | EFT | Services | 07/08/2016 | $8,062.85 |
| | | | SUBTOTAL | | $8,062.85 |
| 53 | KELLEY DRYE & WARREN LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | | | | |
| | | 55212 | Services | 07/08/2016 | $24,503.65 |
| | | 55279 | Services | 07/28/2016 | $5,910.00 |
| | | | SUBTOTAL | | $30,413.65 |
| 54 | KUHLMAN, JESSICA THOMPSON<br>1002 TODVILLE RD<br>SEABROOK, TX 77586 | | | | |
| | | EFT | Services | 07/21/2016 | $2,750.00 |
| | | EFT | Services | 08/01/2016 | $4,250.00 |
| | | | SUBTOTAL | | $7,000.00 |
| 55 | LACAZETTE, ALFRED<br>12081 WEST ALAMEDA PARKWAY #484<br>LAKEWOOD, CO 80228 | | | | |
| | | 55066 | Services | 06/08/2016 | $9,833.38 |
| | | 55205 | Services | 06/28/2016 | $1,000.00 |
| | | | SUBTOTAL | | $10,833.38 |

Debtor Name: Global Geophysical Services, Inc.                                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| 56 | LAND EXPLORATION CONSULTANTS INC<br>525 GLENWOOD DRIVE<br>BURLESON, TX 76028 | | | | |
| | | EFT | Services | 05/12/2016 | $10,000.00 |
| | | EFT | Services | 05/18/2016 | $16,255.17 |
| | | | SUBTOTAL | | $26,255.17 |
| 57 | LEBLANC, ALFRED J<br>ADDRESS ON FILE | | | | |
| | | 54867 | Expense Reimbursement | 05/05/2016 | $2,232.30 |
| | | EFT | Expense Reimbursement | 05/05/2016 | $236.96 |
| | | 54902 | Expense Reimbursement | 05/12/2016 | $1,715.56 |
| | | 55128 | Expense Reimbursement | 06/15/2016 | $1,561.84 |
| | | 55165 | Expense Reimbursement | 06/24/2016 | $540.99 |
| | | 55251 | Expense Reimbursement | 07/21/2016 | $2,927.52 |
| | | | SUBTOTAL | | $9,215.17 |
| 58 | LEVEL 3 COMMUNICATIONS LLC - 303990<br>P O BOX 910182<br>DENVER, CO 80291-0182 | | | | |
| | | 54877 | Services | 05/12/2016 | $13,737.07 |
| | | 55144 | Services | 06/15/2016 | $13,671.20 |
| | | EFT | Services | 08/02/2016 | $14,078.35 |
| | | | SUBTOTAL | | $41,486.62 |
| 59 | LEVEL 3 COMMUNICATIONS LLC - 3040464<br>P O BOX 910182<br>DENVER, CO 80291-0182 | | | | |
| | | 54878 | Services | 05/12/2016 | $3,678.63 |
| | | 55143 | Services | 06/15/2016 | $3,522.15 |
| | | 55238 | Services | 07/14/2016 | $4,609.64 |
| | | | SUBTOTAL | | $11,810.42 |
| 60 | LOCKTON COMPANIES, LLC<br>DEPT 3036 PO BOX 123036<br>DALLAS, TX 75312-3036 | | | | |
| | | 54960 | Insurance | 05/19/2016 | $26,000.00 |
| | | 55024 | Insurance | 06/02/2016 | $76,345.50 |
| | | 55190 | Insurance | 06/28/2016 | $100.00 |
| | | | SUBTOTAL | | $102,445.50 |
| 61 | M & D DISTRIBUTORS<br>7902 FM 1960 BY PASS WEST<br>HUMBLE, TX 77338 | | | | |
| | | 55239 | Suppliers or vendors | 07/14/2016 | $7,266.95 |
| | | | SUBTOTAL | | $7,266.95 |
| 62 | MARIA, ROMERO CASTIBLANCO JESUS<br>CALLE 98 NO. 22-64 OFICINA 807 EDIFICIO<br>CALLE 100 COLOMBIA | | | | |
| | | TC - 010376 | Office and Parking Rent | 06/07/2016 | $7,810.67 |
| | | TC - 010424 | Office and Parking Rent | 07/06/2016 | $6,746.23 |
| | | | SUBTOTAL | | $14,556.90 |

Debtor Name: Global Geophysical Services, Inc.                                          Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| 63 | MERRILL LYNCH<br>150 N. COLLEGE ST. NC1-028-17-06<br>CHARLOTTE, NC 28255 | | | | |
| | | 1192 | Insurance | 05/17/2016 | $26,759.51 |
| | | 1193 | Insurance | 05/17/2016 | $2,086.93 |
| | | 1202 | Insurance | 05/31/2016 | $43,475.49 |
| | | 1203 | Insurance | 06/10/2016 | $22,592.31 |
| | | 1213 | Insurance | 06/30/2016 | $21,563.34 |
| | | 1214 | Insurance | 07/06/2016 | $20,354.70 |
| | | 1215 | Insurance | 07/12/2016 | $1,018.23 |
| | | 1216 | Insurance | 07/29/2016 | $29,104.89 |
| | | | SUBTOTAL | | $166,955.40 |
| 64 | MINN-ALASKA TRANSPORT<br>PO BOX 100760<br>ANCHORAGE, AK 99510 | | | | |
| | | 54857 | Suppliers or vendors | 05/05/2016 | $11,300.00 |
| | | 54935 | Suppliers or vendors | 05/18/2016 | $16,500.00 |
| | | 55129 | Suppliers or vendors | 06/15/2016 | $7,500.00 |
| | | 55271 | Suppliers or vendors | 07/28/2016 | $9,500.00 |
| | | | SUBTOTAL | | $44,800.00 |
| 65 | NINILCHIK NATIVE ASSOCIATION<br>P.O. BOX 39130<br>NINILCHIK, AK 99639 | | | | |
| | | 54937 | Services | 05/18/2016 | $7,545.00 |
| | | 54938 | Services | 05/18/2016 | $30.00 |
| | | | SUBTOTAL | | $7,575.00 |
| 66 | PARADIGM GEOPHYSICAL CORP.<br>820 GESSNER SUITE 400<br>HOUSTON, TX 77024 | | | | |
| | | 20991 | Services | 07/11/2016 | $87,828.65 |
| | | | SUBTOTAL | | $87,828.65 |
| 67 | PEREZ, IGNACIO<br>SAN JUAN<br>Nº 2220<br>FERNANDO DE LA MORA, PARAGUAY | | | | |
| | | 5951834 | Rent/Lease & VAT / TVA Payables | 06/07/2016 | $626.97 |
| | | 5951834 | Suppliers or vendors | 06/07/2016 | $6,269.62 |
| | | | SUBTOTAL | | $6,896.59 |
| 68 | PFOST, OLIVER<br>37 LAKEVIEW<br>GALVESTON, TX 77551 | | | | |
| | | EFT | Services | 05/12/2016 | $4,968.75 |
| | | EFT | Services | 05/16/2016 | $3,243.75 |
| | | EFT | Services | 06/24/2016 | $956.25 |
| | | | SUBTOTAL | | $9,168.75 |

Debtor Name: Global Geophysical Services, Inc.                                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| 69 | PROFESSIONAL WILDERNESS SERVICES<br>P.O. BOX 39324<br>NINILCHIK, AK 99639 | | | | |
| | | EFT | Suppliers or vendors | 05/12/2016 | $15,000.00 |
| | | EFT | Suppliers or vendors | 05/18/2016 | $145,960.00 |
| | | EFT | Suppliers or vendors | 08/01/2016 | $715.00 |
| | | | **SUBTOTAL** | | **$161,675.00** |
| 70 | PRUDHOE BAY HOTEL<br>2606 C STREET STE 2B<br>ANCHORAGE, AK 99503 | | | | |
| | | 55146 | Suppliers or vendors | 06/15/2016 | $405.00 |
| | | 55147 | Suppliers or vendors | 06/15/2016 | $2,835.00 |
| | | 55193 | Suppliers or vendors | 06/28/2016 | $540.00 |
| | | 55225 | Suppliers or vendors | 07/08/2016 | $675.00 |
| | | 55241 | Suppliers or vendors | 07/14/2016 | $810.00 |
| | | 55282 | Suppliers or vendors | 07/28/2016 | $1,890.00 |
| | | 55283 | Suppliers or vendors | 07/28/2016 | $270.00 |
| | | | **SUBTOTAL** | | **$7,425.00** |
| 71 | ROSEMONT WTC DENVER OPERATING LLC<br>PO BOX 204361<br>DALLAS, TX 75320-4361 | | | | |
| | | 54830 | Services | 05/05/2016 | $27,312.22 |
| | | 54994 | Services | 05/27/2016 | $23,672.61 |
| | | 55194 | Services | 06/28/2016 | $24,238.79 |
| | | 55285 | Services | 07/28/2016 | $24,537.49 |
| | | | **SUBTOTAL** | | **$99,761.11** |
| 72 | SCHIELD, TIM L<br>ADDRESS ON FILE | | | | |
| | | 55159 | Expense Reimbursement | 06/15/2016 | $13,105.97 |
| | | | **SUBTOTAL** | | **$13,105.97** |
| 73 | SCHIRRMEISTER DIAZ-ARRASTIA BREM<br>700 MILAM, 10TH FLOOR<br>HOUSTON, TX 77002 | | | | |
| | | 54831 | Services | 05/05/2016 | $19,074.00 |
| | | 54973 | Services | 05/19/2016 | $3,048.43 |
| | | 55169 | Services | 06/24/2016 | $3,154.00 |
| | | 55249 | Services | 07/14/2016 | $6,103.85 |
| | | | **SUBTOTAL** | | **$31,380.28** |
| 74 | SELIANOVA, DARIA A<br>4103 JOYCE BLVD<br>HOUSTON, TX 77084 | | | | |
| | | EFT | Services | 05/12/2016 | $3,780.00 |
| | | EFT | Services | 05/16/2016 | $1,260.00 |
| | | EFT | Services | 06/02/2016 | $4,770.00 |
| | | EFT | Services | 06/15/2016 | $3,420.00 |
| | | EFT | Services | 07/08/2016 | $4,500.00 |
| | | EFT | Services | 07/14/2016 | $1,800.00 |
| | | | **SUBTOTAL** | | **$19,530.00** |

Debtor Name: Global Geophysical Services, Inc.                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| 75 | SENA<br>CALLE 57 NO. 8-69 COLOMBIA | | | | |
| | | TC - 010440 | Suppliers or vendors | 07/15/2016 | $8,172.97 |
| | | | **SUBTOTAL** | | **$8,172.97** |
| 76 | SEYFARTH SHAW LLP<br>3807 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | | |
| | | 54974 | Services | 05/19/2016 | $7,062.50 |
| | | 55053 | Services | 06/08/2016 | $8,054.50 |
| | | 55222 | Services | 07/08/2016 | $324.00 |
| | | | **SUBTOTAL** | | **$15,441.00** |
| 77 | SLR INTERNATIONAL CORPORATION<br>22118 20TH AVE. SE, STE G-202<br>BOTHELL, WA 98021 | | | | |
| | | EFT | Services | 05/18/2016 | $10,101.25 |
| | | | **SUBTOTAL** | | **$10,101.25** |
| 78 | STIMSON, THEODORE<br>BOQUERON<br>N° 326<br>ASUNCION, PARAGUAY | | | | |
| | | 5934675 | Rent/Lease & VAT / TVA Payables | 05/12/2016 | $250.00 |
| | | 5934675 | Services | 05/12/2016 | $2,500.00 |
| | | 5934681 | Rent/Lease & VAT / TVA Payables | 06/06/2016 | $250.00 |
| | | 5934681 | Services | 06/06/2016 | $2,500.00 |
| | | 5934687 | Rent/Lease & VAT / TVA Payables | 07/01/2016 | $250.00 |
| | | 5934687 | Services | 07/01/2016 | $2,500.00 |
| | | 5934693 | Rent/Lease & VAT / TVA Payables | 08/02/2016 | $250.00 |
| | | 5934693 | Services | 08/02/2016 | $2,500.00 |
| | | | **SUBTOTAL** | | **$11,000.00** |
| 79 | STP PRESTON TRAILS, LP<br>15303 DALLAS PARKWAY, SUITE 480<br>ADDISON, TX 75001 | | | | |
| | | 54832 | Services | 05/05/2016 | $18,669.09 |
| | | 54995 | Services | 05/27/2016 | $18,376.09 |
| | | 55181 | Services | 06/28/2016 | $2,318.17 |
| | | 55230 | Services | 07/08/2016 | $16,068.90 |
| | | | **SUBTOTAL** | | **$55,432.25** |
| 80 | SUPER 8 MOTEL - IL<br>2060 COUNTY RD 2450 N.<br>GRAYVILLE, IL 62844 | | | | |
| | | 55031 | Suppliers or vendors | 06/02/2016 | $7,060.20 |
| | | 55062 | Suppliers or vendors | 06/08/2016 | $11,722.20 |
| | | | **SUBTOTAL** | | **$18,782.40** |

Debtor Name: Global Geophysical Services, Inc.                                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|---------------------|--------------------|--------------|--------------------|
| 81 | SWALLA, DEAN<br>6402 FISHER BEND LANE<br>ROSENBERG, TX 77471 | | | | |
| | | EFT | Services | 05/19/2016 | $5,300.00 |
| | | EFT | Services | 06/15/2016 | $5,200.00 |
| | | EFT | Services | 07/08/2016 | $5,200.00 |
| | | EFT | Services | 07/28/2016 | $5,300.00 |
| | | | SUBTOTAL | | $21,000.00 |
| 82 | TASS ADVISORS LLP<br>62, LGF, POCKET-2 JASOLA<br>NEW DELHI, 25 INDIA | | | | |
| | | 20928 | Services | 05/05/2016 | $7,013.00 |
| | | | SUBTOTAL | | $7,013.00 |
| 83 | TDX NORTH SLOPE GENERATING<br>615 E 82ND AVE., SUITE 200<br>ANCHORAGE, AK 99518 | | | | |
| | | 54863 | Services | 05/05/2016 | $6,214.27 |
| | | 55135 | Services | 06/15/2016 | $2,775.98 |
| | | 55136 | Services | 06/15/2016 | $5,829.52 |
| | | | SUBTOTAL | | $14,819.77 |
| 84 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>P O BOX 13528 CAPITOL STATION<br>AUSTIN, TX 78711-3528 | | | | |
| | | 55170 | Taxes | 06/24/2016 | $127,499.83 |
| | | | SUBTOTAL | | $127,499.83 |
| 85 | THE LINCOLN NATIONAL LIFE INSURANCE COMPANY PO BOX 0821<br>CAROL STREAM, IL 60132-0821 | | | | |
| | | 54834 | Insurance | 05/05/2016 | $6,836.54 |
| | | | SUBTOTAL | | $6,836.54 |
| 86 | THIGPEN, EDWARD EUGENE<br>4204 AMHERST ST<br>HOUSTON, TX 77005 | | | | |
| | | EFT | Services | 05/05/2016 | $5,750.00 |
| | | EFT | Services | 06/08/2016 | $2,625.00 |
| | | EFT | Services | 06/15/2016 | $937.50 |
| | | EFT | Services | 06/28/2016 | $937.50 |
| | | EFT | Services | 07/28/2016 | $1,562.50 |
| | | EFT | Services | 08/02/2016 | $2,625.00 |
| | | | SUBTOTAL | | $14,437.50 |
| 87 | TRAVIS, ETHAN<br>3919 W CREEK CLUB DRIVE<br>MISSOURI CITY, TX 77459 | | | | |
| | | EFT | Services | 06/02/2016 | $5,656.25 |
| | | EFT | Services | 06/15/2016 | $5,781.25 |
| | | EFT | Services | 06/24/2016 | $3,750.00 |
| | | EFT | Services | 06/28/2016 | $3,750.00 |
| | | EFT | Services | 07/08/2016 | $3,500.00 |
| | | EFT | Services | 07/14/2016 | $1,937.50 |

Debtor Name: Global Geophysical Services, Inc.                                      Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Part 2, Question 3:  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| | | EFT | Services | 07/21/2016 | $2,687.50 |
| | | EFT | Services | 07/28/2016 | $9,468.75 |
| | | | SUBTOTAL | | $36,531.25 |
| 88 | TUBING AND METRIC HYDRAULICS INC<br>P. O. BOX 2496<br>ALVIN, TX 77512 | | | | |
| | | 54893 | Suppliers or vendors | 05/12/2016 | $7,351.76 |
| | | 55033 | Suppliers or vendors | 06/02/2016 | $48.68 |
| | | | SUBTOTAL | | $7,400.44 |
| 89 | U.S. TRUSTEE PAYMENT CENTER<br>PO BOX 530202<br>ATLANTA, GA 30353-0202 | | | | |
| | | 55072 | Services | 06/08/2016 | $20,008.22 |
| | | 55275 | Services | 07/28/2016 | $325.00 |
| | | | SUBTOTAL | | $20,333.22 |
| 90 | ULHOA CANTO, REZENDE E GUERRA ADVOGADOS<br>AVENIDA PRESIDENTE ANTONIO CARLOS 51, 12TH FLOOR<br>RIO DE JANIERO, 20020-010 BRAZIL | | | | |
| | | 20973 | Services | 06/15/2016 | $101,818.49 |
| | | | SUBTOTAL | | $101,818.49 |
| 91 | USTRAVEL<br>16420 PARK TEN PLACE DRIVE #500<br>HOUSTON, TX 77084 | | | | |
| | | 54984 | Suppliers or vendors | 05/18/2016 | $3,305.99 |
| | | 55000 | Suppliers or vendors | 05/27/2016 | $9,752.49 |
| | | | SUBTOTAL | | $13,058.48 |
| 92 | VEHICLE SOURCE PRODUCTS, INC.<br>4003 CHANCE LANE<br>ROSHARON, TX 77583 | | | | |
| | | 54894 | Suppliers or vendors | 05/12/2016 | $4,913.23 |
| | | 54996 | Suppliers or vendors | 05/27/2016 | $12,854.55 |
| | | 55035 | Suppliers or vendors | 06/02/2016 | $4,726.67 |
| | | 55055 | Suppliers or vendors | 06/08/2016 | $1,417.53 |
| | | 55164 | Suppliers or vendors | 06/24/2016 | $3,516.20 |
| | | 55182 | Suppliers or vendors | 06/28/2016 | $3,581.80 |
| | | 55253 | Suppliers or vendors | 07/27/2016 | $21,254.27 |
| | | | SUBTOTAL | | $52,264.25 |
| 93 | VIBRA-TECH ENGINEERS, INC.<br>P.O. BOX 266<br>GLASGOW, KY 42141 | | | | |
| | | 54942 | Services | 05/18/2016 | $72,822.00 |
| | | | SUBTOTAL | | $72,822.00 |
| 94 | VILLANUEVA, JENNIFER BERMEJO<br>ADDRESS ON FILE | | | | |
| | | 691609226 | Services | 06/29/2016 | $13,100.00 |
| | | | SUBTOTAL | | $13,100.00 |

Debtor Name: Global Geophysical Services, Inc.                                                                                          Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:**  Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|---------------------|--------------------|--------------|---------------------|
| 95 | VILLASANA, ALEJANDRO<br>19543 DAWN CANYON RD<br>HOUSTON, TX 77084 | | | | |
| | | EFT | Services | 07/28/2016 | $12,000.00 |
| | | | SUBTOTAL | | $12,000.00 |
| 96 | WCA WASTE CORPORATION<br>P.O. BOX 553166<br>DETROIT, MI 48255-3166 | | | | |
| | | 54839 | Suppliers or vendors | 05/05/2016 | $828.56 |
| | | 54979 | Suppliers or vendors | 05/19/2016 | $780.77 |
| | | 55139 | Suppliers or vendors | 06/15/2016 | $1,856.21 |
| | | 55215 | Suppliers or vendors | 07/08/2016 | $2,378.55 |
| | | 55244 | Suppliers or vendors | 07/14/2016 | $1,695.67 |
| | | | SUBTOTAL | | $7,539.76 |
| 97 | WEX, INC<br>PO BOX 6293<br>CAROL STREAM, IL 60197 | | | | |
| | | 20942 | Suppliers or vendors | 05/19/2016 | $14,636.58 |
| | | 20958 | Suppliers or vendors | 06/10/2016 | $4,883.03 |
| | | | SUBTOTAL | | $19,519.61 |
| 98 | WHITE, JAMESON<br>10498 FOUNTAIN LAKE DR #321<br>STAFFORD, TX 77477 | | | | |
| | | EFT | Services | 06/15/2016 | $2,268.75 |
| | | EFT | Services | 06/24/2016 | $2,756.25 |
| | | EFT | Services | 07/08/2016 | $3,075.00 |
| | | EFT | Services | 07/14/2016 | $2,587.50 |
| | | EFT | Services | 08/01/2016 | $3,750.00 |
| | | | SUBTOTAL | | $14,437.50 |
| 99 | WILLKIE FARR & GALLAGHER, LLP<br>787 SEVENTH AVE.<br>NEW YORK, NY 10019 | | | | |
| | | 55157 | Services | 06/15/2016 | $176,038.42 |
| | | 21000 | Services | 07/27/2016 | $136,014.10 |
| | | 21016 | Services | 08/02/2016 | $330,000.00 |
| | | | SUBTOTAL | | $642,052.52 |
| 100 | WORLDWIDE EXPRESS<br>P. O. BOX 27400<br>HOUSTON, TX 77227 | | | | |
| | | 54997 | Suppliers or vendors | 05/27/2016 | $3,021.23 |
| | | 55058 | Suppliers or vendors | 06/08/2016 | $2,489.45 |
| | | 55063 | Suppliers or vendors | 06/08/2016 | $1,657.90 |
| | | 55228 | Suppliers or vendors | 07/08/2016 | $298.87 |
| | | | SUBTOTAL | | $7,467.45 |
| 101 | YALTECH CONSULTING INC<br>16000 PARK TEN PLACE SUITE 701<br>HOUSTON, TX 77084 | | | | |
| | | EFT | Services | 05/05/2016 | $22,880.00 |
| | | EFT | Services | 05/19/2016 | $21,840.00 |
| | | EFT | Services | 06/15/2016 | $11,180.00 |
| | | | SUBTOTAL | | $55,900.00 |

Debtor Name: Global Geophysical Services, Inc.                                          Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Item | Name and address | Check or wire number | Reason for payment | Payment date | Total payment amount |
|------|------------------|----------------------|--------------------|--------------|----------------------|
| 102 | YELLOWSTONE LANDSCAPE PO BOX 205742 DALLAS, TX 75320 | | | | |
| | | 54840 | Services | 05/05/2016 | $2,796.91 |
| | | 54980 | Services | 05/19/2016 | $1,768.53 |
| | | 55153 | Services | 06/15/2016 | $1,839.28 |
| | | 55204 | Services | 06/28/2016 | $1,385.60 |
| | | 55227 | Services | 07/08/2016 | $1,839.28 |
| | | 55276 | Services | 07/28/2016 | $2,542.91 |
| | | | | SUBTOTAL | $12,172.51 |
| 103 | YOUNG, RICHARD 11210 CASTILLE LANE HOUSTON, TX 77082 | | | | |
| | | EFT | Services | 05/12/2016 | $12,000.00 |
| | | EFT | Services | 06/02/2016 | $7,900.00 |
| | | EFT | Services | 06/15/2016 | $8,000.00 |
| | | EFT | Services | 07/08/2016 | $7,800.00 |
| | | EFT | Services | 07/14/2016 | $7,200.00 |
| | | | | SUBTOTAL | $42,900.00 |
| 104 | ZACHARY FISHER LLC 8259 W LAUREL PLACE, APT A LITTLETON, CO 80128 | | | | |
| | | EFT | Services | 05/12/2016 | $7,200.00 |
| | | EFT | Services | 05/27/2016 | $4,000.00 |
| | | EFT | Services | 06/08/2016 | $4,400.00 |
| | | EFT | Services | 06/24/2016 | $4,400.00 |
| | | EFT | Services | 06/28/2016 | $2,800.00 |
| | | EFT | Services | 07/08/2016 | $2,000.00 |
| | | EFT | Services | 07/14/2016 | $3,600.00 |
| | | | | SUBTOTAL | $28,400.00 |
| | | | | GRAND TOTAL | $4,987,863.78 |

**In re: Global Geophysical Services, Inc.**                                                                                     **Case No. 16-20307**

### Statement Question 4 - Payments to Insiders

| Name and Address | Description | Date | Value |
|---|---|---|---|
| Austin, William M.<br>Address on File | Board Member Fees & Expenses | 8/4/15-8/3/16 | $ 43,331 |
| | Restricted Deferred Unit Grant (50,000 Units) | 11/3/15-8/3/16 | Undetermined |
| | | SUB TOTAL: | $ 43,331 |
| Brasher, James E.<br>Address on File | Benefits | 8/4/15-9/4/15 | $ 3,815 |
| | Expense Reimbursement | 8/4/15-9/4/15 | 803 |
| | Payroll | 8/4/15-9/4/15 | 38,248 |
| | Restricted Deferred Unit Grant (50,000 Units) | 9/2/15-9/4/15 | Undetermined |
| | Severance | 8/4/15-9/4/15 | 75,000 |
| | Vacation/Sick Pay | 8/4/15-9/4/15 | 48,293 |
| | | SUB TOTAL: | $ 166,158 |
| Branch, Caroline<br>Address on File | Benefits | 8/4/15-12/15/15 | $ 6,440 |
| | Expense Reimbursement | 8/4/15-12/15/15 | 11,166 |
| | Holiday Pay | 8/4/15-12/15/15 | 2,045 |
| | Payroll | 8/4/15-12/15/15 | 55,739 |
| | Severance | 8/4/15-12/15/15 | 24,231 |
| | Vacation/Sick Time Pay | 8/4/15-12/15/15 | 22,926 |
| | | SUB TOTAL: | $ 122,547 |
| Burnett, Jr., Fredrick W.<br>Address on File | Benefits | 8/4/15-8/3/16 | $ 10,074 |
| | Bonus | 8/4/15-8/3/16 | 36,458 |
| | Expense Reimbursement | 8/4/15-8/3/16 | 1,465 |
| | Holiday Pay | 8/4/15-8/3/16 | 8,408 |
| | Misc. Allowance | 8/4/15-8/3/16 | 16,185 |
| | Payroll | 8/4/15-8/3/16 | 239,661 |
| | Vacation/Sick Time Pay | 8/4/15-8/3/16 | 42,798 |
| | | SUB TOTAL: | $ 355,050 |
| Chi, Chung-Pei<br>Address on File | Benefits | 8/4/15-8/3/16 | $ 4,634 |
| | Bonus | 8/4/15-8/3/16 | 25,000 |
| | Expense Reimbursement | 8/4/15-8/3/16 | 855 |
| | Holiday Pay | 8/4/15-8/3/16 | 5,613 |
| | Payroll | 8/4/15-8/3/16 | 147,177 |
| | Vacation/Sick Time Pay | 8/4/15-8/3/16 | 14,616 |
| | | SUB TOTAL: | $ 197,896 |
| Dobrosky, Raymond J.<br>Address on File | Benefits | 8/4/15-8/5/15 | $ 1,445 |
| | Payroll | 8/4/15-8/5/15 | 2,500 |
| | Severance | 8/4/15-8/5/15 | 7,692 |
| | Vacation/Sick Time Pay | 8/4/15-8/5/15 | 2,380 |
| | | SUB TOTAL: | $ 14,017 |
| Duran, Michael C.<br>Address on File | Board Member Fees & Expenses | 8/4/15-8/3/16 | $ 52,760 |
| | Restricted Deferred Unit Grant (50,000 Units) | 11/3/15-8/3/16 | Undetermined |
| | | SUB TOTAL: | $ 52,760 |
| Fleure, Thomas J.<br>Address on File | Benefits | 8/4/15-5/13/16 | $ 9,171 |
| | Bonus | 8/4/15-5/13/16 | 57,031 |
| | Expense Reimbursement | 8/4/15-5/13/16 | 13,398 |
| | Holiday Pay | 8/4/15-5/13/16 | 7,993 |
| | Payroll | 8/4/15-5/13/16 | 197,026 |
| | Restricted Deferred Unit Grant (100,000 Units) | 9/2/15-5/13/16 | Undetermined |
| | Severance | 8/4/15-5/13/16 | 88,332 |
| | Vacation/Sick Time Pay | 8/4/15-5/13/16 | 35,416 |
| | | SUB TOTAL: | $ 408,366 |
| Flynn, Maurice<br>Address on File | Benefits | 8/4/15-4/29/16 | $ 13,681 |
| | Expense Reimbursement | 8/4/15-4/29/16 | 20,216 |
| | Holiday Pay | 8/4/15-4/29/16 | 6,053 |
| | Misc. Allowance | 8/4/15-4/29/16 | 179,586 |
| | Payroll | 8/4/15-4/29/16 | 164,399 |
| | Severance | 8/4/15-4/29/16 | 26,538 |
| | Vacation/Sick Time Pay | 8/4/15-4/29/16 | 39,792 |
| | | SUB TOTAL: | $ 450,266 |

**In re: Global Geophysical Services, Inc.**                                                          **Case No. 16-20307**

Statement Question 4 - Payments to Insiders

| Name and Address | Description | Date | Value |
|---|---|---|---|
| Gore, Sean M.<br>Address on File | Benefits | 8/4/15-8/3/16 | $ 15,665 |
| | Bonus | 8/4/15-8/3/16 | 136,000 |
| | Expense Reimbursement | 8/4/15-8/3/16 | 16,297 |
| | Holiday Pay | 8/4/15-8/3/16 | 14,666 |
| | Payroll | 8/4/15-8/3/16 | 374,304 |
| | Restricted Deferred Unit Grant (171,000 Units) | 9/2/15-8/3/16 | Undetermined |
| | Vacation/Sick Time Pay | 8/4/15-8/3/16 | 69,769 |
| | | SUB TOTAL: | $ 626,700 |
| Howell, Jeff M.<br>Address on File | Benefits | 8/4/15-4/1/16 | $ 12,906 |
| | Holiday Pay | 8/4/15-4/1/16 | 5,067 |
| | Payroll | 8/4/15-4/1/16 | 105,292 |
| | Severance | 8/4/15-4/1/16 | 42,000 |
| | Vacation/Sick Time Pay | 8/4/15-4/1/16 | 14,690 |
| | | SUB TOTAL: | $ 179,955 |
| Laudon, Carolan<br>Address on File | Benefits | 8/4/15-10/28/15 | $ 2,062 |
| | Expense Reimbursement | 8/4/15-10/28/15 | 12,555 |
| | Holiday Pay | 8/4/15-10/28/15 | 758 |
| | Payroll | 8/4/15-10/28/15 | 43,308 |
| | Severance | 8/4/15-10/28/15 | 26,923 |
| | Vacation/Sick Time Pay | 8/4/15-10/28/15 | 11,045 |
| | | SUB TOTAL: | $ 96,651 |
| Peebles, Ross G.<br>Address on File | Benefits | 8/4/15-5/6/16 | $ 7,827 |
| | Bonus | 8/4/15-5/6/16 | 129,375 |
| | Expense Reimbursement | 8/4/15-5/6/16 | 27,869 |
| | Holiday Pay | 8/4/15-5/6/16 | 11,686 |
| | Payroll | 8/4/15-5/6/16 | 291,087 |
| | Restricted Deferred Unit Grant (149,000 Units) | 9/2/15-5/6/16 | Undetermined |
| | Severance | 8/4/15-5/6/16 | 166,667 |
| | Vacation/Sick Time Pay | 8/4/15-5/6/16 | 50,975 |
| | | SUB TOTAL: | $ 685,486 |
| RMFT Advisors, LLC (Wells, L. Spencer)<br>Address on File | Board Member Fees & Expenses | 8/4/15-8/3/16 | $ 112,549 |
| | Restricted Deferred Unit Grant (50,000 Units) | 11/3/15-8/3/16 | Undetermined |
| | | SUB TOTAL: | $ 112,549 |
| White, Richard C.<br>Address on File | Benefits | 8/4/15-9/11/15 | $ 2,415 |
| | Bonus | 8/4/15-9/11/15 | 92,785 |
| | Expense Reimbursement | 8/4/15-9/11/15 | 8,224 |
| | Holiday Pay | 8/4/15-9/11/15 | 1,515 |
| | Payroll | 8/4/15-9/11/15 | 60,606 |
| | Restricted Deferred Unit Grant (50,000 Units) | 9/2/15-9/11/15 | Undetermined |
| | Vacation/Sick Time Pay | 8/4/15-9/11/15 | 17,486 |
| | | SUB TOTAL: | $ 183,032 |
| Zeidman, Fred S.<br>Address on File | Board Member Fees & Expenses | 8/4/15-8/3/16 | $ 43,331 |
| | Restricted Deferred Unit Grant (50,000 Units) | 11/3/15-8/3/16 | Undetermined |
| | | SUB TOTAL: | $ 43,331 |

**In re: Global Geophysical Services, Inc.**                                                                    **Case No. 16-20307**

**Statement Question 4 - Payments to Insiders**

**Inter-Company Transactions**

| Name and Address | Description | Date | | Value |
|---|---|---|---|---|
| Global Geophysical Services SpA. (Chile) | Inter-Company Transactions | 8/4/2015 | $ | 500 |
| | Inter-Company Transactions | 8/12/2015 | | 25,000 |
| | Inter-Company Transactions | 8/20/2015 | | 10,000 |
| | Inter-Company Transactions | 6/16/2016 | | 2,600 |
| | | SUB TOTAL: | $ | 38,100 |
| Global Geophysical Services, Ltd. (Cayman Islands) | Inter-Company Transactions | 8/19/2015 | $ | 35,000 |
| | | SUB TOTAL: | $ | 35,000 |
| Global Servicos Geofisicos Ltda (Brazil) | Inter-Company Transactions | 10/27/2015 | $ | 785,000 |
| | Inter-Company Transactions | 10/30/2015 | | 1,215,000 |
| | Inter-Company Transactions | 11/10/2015 | | 500,000 |
| | Inter-Company Transactions | 12/11/2015 | | 405,000 |
| | Inter-Company Transactions | 1/7/2016 | | 595,000 |
| | Inter-Company Transactions | 1/28/2016 | | 500,000 |
| | Inter-Company Transactions | 2/19/2016 | | 250,000 |
| | | SUB TOTAL: | $ | 4,250,000 |
| Sensor Geophysical Ltd. (Canada) | Inter-Company Transactions | 9/30/2015 | $ | 90,000 |
| | | SUB TOTAL: | $ | 90,000 |

Debtor Name:         Global Geophysical Services, Inc.                              Case Number:         16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 6:** Setoffs

| Creditor's name and address | Description of the action creditor took | Last 4 digits of account number | Date action was taken | Amount |
|---|---|---|---|---|
| First Instance Court in Labor Matters No. 1 of Neuquén | Attachment levied on Debtor's Citibank account in Argentina | 4015 | 7/6/2016 | $5,600.00 |

Page 1 of 1

Debtor Name:          Global Geophysical Services, Inc.                          Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 3, Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| GGS, INC. V. AGUILA EXPLORATION MANAGEMENT, INC. | 201325864-7 | CONTRACT DISPUTE | 113TH DISTRICT COURT, HARRIS COUNTY, TEXAS 201 CAROLINE ST, SUITE 1030 HOUSTON, TX 77002 | Concluded |
| BRITTANY M. MCENTIRE IND. AND A/N/F OF DEVETRICK JOHNSON, AND TRAVAYLON DAVIS MINORS ET AL v. THOMPSON, JESSIE L. AND GLOBAL GEOPHYSICAL SERVICES INC. | 2013-1941-B | PERSONAL INJURIES MINORS - TRAFFIC ACCIDENT | 124TH DISTRICT COURT GREGG COUNTY, TEXAS 101 E METHVIN STREET #334 P.O. BOX 711 LONGVIEW, TX 75606 | Concluded |
| EVA HERNANDEZ V. GGS, INC. ET AL. | B130210-C | VEHICLE ACCIDENT | 163RD DISTRICT COURT, ANGELINA CO., TEXAS ANGELINA COUNTY COURTHOUSE 215 EAST LUFKIN AVENUE, 2ND FLOOR, ROOM 210 LUFKIN, TX 75902 | Concluded |
| GERALD THIBEAUX V.GGS, INC. | 2013-01580 | JONES ACT | 41ST JUDICIAL DISTRICT COURT PARISH OF ORLEANS, STATE OF LOUISIANA DERWYN BUNTON 2601 TULANE AVENUE, SUITE 700 NEW ORLEANS, LA 70119 | Pending |
| DELINER JAMAL GRANT V. GGS, INC. | 4:14-CV-0735 | JONES ACT | 41ST JUDICIAL DISTRICT COURT PARISH OF ORLEANS, STATE OF LOUISIANA DERWYN BUNTON 2601 TULANE AVENUE, SUITE 700 NEW ORLEANS, LA 70119 | Pending |
| GGS, INC. V. LEWIS PETRO PROPERTIES, INC. | 16-DCV-231133 | MISREPRESENTATION AND BREACH OF CONTRACT | 434TH JUDICIAL DISTRICT COURT, FORT BEND COUNTY, TEXAS 1422 EUGENE HEIMANN CIR RICHMOND, TX 77469 | Pending |
| EEOC CHARGE NO. 460-2013-02149 | 460-2013-02149 | EEOC CLAIM AGE / RACE DISCRI MINATION | EEOC STATE OF TEXAS 5410 FREDERICKSBURG ROAD SAN ANTONIO, TX 78229 | Pending |
| EEOC CHARGE NO. 460-2014-01268 | 460-2014-01268 | EEOC CLAIM GENDER / RACE DISCRIMINATION | EEOC STATE OF TEXAS 5410 FREDERICKSBURG ROAD SAN ANTONIO, TX 78229 | Concluded |

Debtor Name:          Global Geophysical Services, Inc.                          Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 3, Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| ARCHER LEE V. GGS, INC. ET AL | 13-07018 | WORKERS' COMPENSATION | OFFICE OF WORKERS' COMPENSATION DIST. 4 556 JEFFERSON STREET, FIRST FLOOR LAFAYETTE, LA 70501-6947 | Concluded |
| JANICE S. GIBSON V. GGS, INC. ET AL. | 4:14-CV-0735 | SECURITIES CLASS ACTION | U. S. DISTRICT COURT, HARRIS COUNTY, TEXAS 1201 FRANKLIN, 7TH FLOOR HOUSTON, TX 77002 | Concluded |
| BRITT MILLER AND BRET GOULD, ET AL. V. GGS, INC. ET AL | 4:14-CV-00708 | SECURITIES CLASS ACTION | U.S.DISTRICT COURT, HARRIS COUNTY, TEXAS 1201 FRANKLIN, 7TH FLOOR HOUSTON, TX 77002 | Concluded |

Debtor Name: Global Geophysical Services, Inc.                                          Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 5, Question 10:** All losses from fire, theft, or other casualty within 1 year before filing this case

| Description of property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| Line Field Equipment | $0.00 | August 2015 | $57,093.53 |
| Line Field Equipment | $0.00 | September 2015 | $4,312.53 |
| Line Field Equipment | $0.00 | October 2015 | $115,006.98 |
| Line Field Equipment | $0.00 | December 2015 | $11,280.50 |
| Line Field Equipment | $0.00 | January 2016 | $1,117.47 |
| Line Field Equipment | $0.00 | May 2016 | $30,818.40 |
| Line Field Equipment | $0.00 | June 2016 | $7,340.00 |
| Line Field Equipment | $0.00 | July 2016 | $7,430.50 |

Debtor Name:          Global Geophysical Services, Inc.                                              Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 11:** Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website address | Who made the payment, if not debtor? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 4/6/2016 | 130,492.18 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 5/5/2016 | 184,062.50 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 5/27/2016 | 112,371.78 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 6/2/2016 | 154,437.50 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 6/10/2016 | 83,265.82 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 6/24/2016 | 75,237.50 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 7/14/2016 | 170,784.45 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 7/27/2016 | 110,562.50 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 8/2/2016 | 137,732.50 |
| BAKER BOTTS LLP 2001 ROSS AVENUE DALLAS, TX 75201 | www.bakerbotts.com | | | 4/6/2016 | 35,630.80 |
| BAKER BOTTS LLP 2001 ROSS AVENUE DALLAS, TX 75201 | www.bakerbotts.com | | | 4/26/2016 | 150,000.00 |
| BAKER BOTTS LLP 2001 ROSS AVENUE DALLAS, TX 75201 | www.bakerbotts.com | | | 5/5/2016 | 24,973.37 |

Debtor Name:          Global Geophysical Services, Inc.                    Case Number:        16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 11:** Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website address | Who made the payment, if not debtor? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|
| BAKER BOTTS LLP 2001 ROSS AVENUE DALLAS, TX 75201 | www.bakerbotts.com | | | 6/2/2016 | 9,487.50 |
| BAKER BOTTS LLP 2001 ROSS AVENUE DALLAS, TX 75201 | www.bakerbotts.com | | | 6/15/2016 | 70,457.50 |
| BAKER BOTTS LLP 2001 ROSS AVENUE DALLAS, TX 75201 | www.bakerbotts.com | | | 6/28/2016 | 46,102.54 |
| BAKER BOTTS LLP 2001 ROSS AVENUE DALLAS, TX 75201 | www.bakerbotts.com | | | 7/11/2016 | 112,618.48 |
| BAKER BOTTS LLP 2001 ROSS AVENUE DALLAS, TX 75201 | www.bakerbotts.com | | | 7/27/2016 | 150,000.00 |
| PRIME CLERK 830 3RD AVENUE, 9TH FLOOR NEW YORK, NY 10022 | www.primeclerk.com | | | 7/13/2016 | 20,000.00 |
| PRIME CLERK 830 3RD AVENUE, 9TH FLOOR NEW YORK, NY 10022 | www.primeclerk.com | | | 8/2/2016 | 17,297.63 |

Debtor Name:     Global Geophysical Services, Inc.                          Case Number:        16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Who received the transfer? | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| AL AGABAN IMPORTING & TRADING MUSSAFFAH M-26 PO BOX 6317 ABU DHABI, UNITED ARAB EMIRATES | Customer | (1) Oman Trailer Camp | 8/27/2015 | $400,000.00 |
| AL AGABAN IMPORTING & TRADING MUSSAFFAH M-26 PO BOX 6317 ABU DHABI, UNITED ARAB EMIRATES | Customer | Vehicles/Drill | 12/17/2015 | $500,000.00 |
| AL TUCKER TRAILERS INC. (HOUSTON) 7401 NORTH LOOP EAST HOUSTON, TX 77028 | Customer | (2) Enclosed Van Trailers | 6/24/2015 | $7,000.00 |
| AUTOMOTIVE FLEET ENTERPRISES (FL) 7725 78TH ST N PINELLAS PARK, FL 33781 | Customer | (27) Vehicles | 1/11/2016 | $311,000.00 |
| AUTOMOTIVE FLEET ENTERPRISES(FL) 7725 78TH ST N PINELLAS PARK, FL 33781 | Customer | (28) Trailers | 4/30/2015 | $125,000.00 |
| AUTOMOTIVE FLEET ENTERPRISES(FL) 7725 78TH ST N PINELLAS PARK, FL 33781 | Customer | Trucks/Trailers | 12/15/2015 | $336,000.00 |
| BILL BANIK ADDRESS ON FILE | Ex Employee | Computer | 6/14/2016 | $450.00 |
| C.J. STOMMEL & ASSOCIATES AUCTION 4621 GASMER DRIVE HOUSTON, TX 77035 | Customer | (15) Light Vehicles | 5/1/2015 | $80,445.00 |
| C.J. STOMMEL & ASSOCIATES AUCTION 4621 GASMER DRIVE HOUSTON, TX 77035 | Customer | (4) Kubotas | 6/5/2015 | $4,530.00 |
| C.J. STOMMEL & ASSOCIATES AUCTION 4621 GASMER DRIVE HOUSTON, TX 77035 | Customer | 14 Trucks/Trailers | 10/26/2015 | $76,710.00 |
| C.J. STROMMEL & ASSOCIATES 4621 GASMER DRIVE HOUSTON, TX 77035 | Customer | Kubotas / Trailers | 4/4/2016 | $57,395.00 |
| CARIBOU CONSTRUCTION INC. 5100 CORDOVA ST. ANCHORAGE, AK 99503 | Customer | Work Tent | 7/19/2016 | $5,000.00 |

Debtor Name:          Global Geophysical Services, Inc.                                    Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Who received the transfer? | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| CHACO CATERING SERVICE S.A. AVDA. HINDENBURG ENTRE PALO SANTO BOQUERON, PARAGUAY | Customer | (3) Empty Containers | 7/28/2016 | $7,500.00 |
| CHARD BAILLIE ADDRESS ON FILE | Ex Employee | Computer | 7/28/2016 | $2,500.00 |
| CLASS I C COMPONET 23605 TELO AVENUE TORRANCE, CA 90505 | Customer | Scrap | 7/2/2015 | $2,800.00 |
| COSY MOVERS INVESTMENTS MT VIEW BROADWAYS OFF WAIYAKI WAY PO BOX 23516 NAIROBI, KENYA | Customer | (9) Vehicles) | 12/23/2015 | $186,750.00 |
| COWBOY TIRE (MATT TORRES) 35451 WINDMILL RD. HEMPSTEAD, TX 77445 | Customer | Welder/Air Compressors | 11/25/2015 | $3,000.00 |
| DALLAS DESK INC 5207 MIDWAY ROAD ADDISON, TX 75001 | Customer | Used furniture | 3/4/2016 | $600.00 |
| DALLAS DESK INC 5207 MIDWAY ROAD ADDISON, TX 75001 | Customer | Used furniture | 3/8/2016 | $750.00 |
| DAVE WARNER ADDRESS ON FILE | Ex Employee | Vehicle | 6/1/2016 | $4,250.00 |
| DAVID ALFONSO PINZON CHACON AVENIDA 14 NO. 5-76 PUERTO LÓPEZ, 502001 COLOMBIA | Customer | Camp Equipment | 9/10/2015 | $1,172.00 |
| DEFINE TRAINING 1911 W ALABAMA ST HOUSTON, TX 77098 | Customer | Computer | 6/13/2016 | $350.00 |
| DERK RECORD ADDRESS ON FILE | Employee | Agilent 53230 A Frequency Counter, VE432 VSP (test point) Box etc. | 5/31/2016 | $1,985.00 |
| DLS FLEET SERVICES LLC ADDRESS ON FILE | Customer | (3) Vehicles/Mechanical Equipment | 5/20/2016 | $41,700.00 |
| EDITH TORRES VELASQUEZ CARRERA 19 NO. 29C-143 SANTA MARTA, 470003 COLOMBIA | Customer | Water Pumps/ Ice Machines | 4/21/2016 | $5,882.00 |
| FINNCO ENTERPRISES INC. 3135 CLEARSKY CT. LEAGUE CITY, TX 77573 | Customer | Scrap | 8/2/2016 | $464.64 |

Debtor Name:        Global Geophysical Services, Inc.                                    Case Number:        16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Who received the transfer? | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| GODOY ZABALA RABIAN CARRERA 115D NO. 69B-59 BOGOTÁ D.C., 111031 COLOMBIA | Customer | Tents & Bladders | 6/15/2016 | $6,600.00 |
| H. HANSON ADDRESS ON FILE | Ex Employee | (1) Light Vehicle | 4/28/2015 | $4,500.00 |
| IKATECH 10804 FALLSTONE HOUSTON, TX 77099 | Customer | Sercel 428 TMU | 3/3/2015 | $8,500.00 |
| INOVA GEOPHYSICAL 12200 PARC CREST DRIVE STAFFORD, TX 77477 | Customer | (1) Hart Radiator Assembly VSP# 75444 | 7/25/2016 | $3,500.00 |
| IVAN DARIO LEAL OLIVERO AVENIDA ROJAS NO. 74C-38 BOGOTÁ D.C., 111061 COLOMBIA | Customer | Welding Equipment | 4/1/2016 | $4,900.00 |
| JADCO FLOORING INC / PAUL COOK 1207 WHISPER TRACT CT. KATY, TX 77494 | Customer | (4) Vehicles | 6/10/2016 | $44,000.00 |
| JAMES BRASHER ADDRESS ON FILE | Ex Employee | Kubota/Trailer | 6/23/2016 | $5,500.00 |
| JEFF HOWELL ADDRESS ON FILE | Ex Employee | Computer | 6/14/2016 | $250.00 |
| JESSICA THOMPSON ADDRESS ON FILE | Ex Employee | Wall Hanging | 7/28/2016 | $50.00 |
| JIM BRAZEL ADDRESS ON FILE | Ex Employee | Pressure Washer | 7/1/2016 | $100.00 |
| JOE BRAZEL ADDRESS ON FILE | Ex Employee | Pressure Washer | 12/31/2015 | $549.00 |
| JOHNNY STEWART ADDRESS ON FILE | Ex Employee | Bulk Steel | 6/24/2016 | $500.00 |
| JZ PARTS & SERVICE LLC 783 6TH ST. EAST CULBERTSON, MT 59218 | Customer | Trucks/Snowmobiles | 10/19/2015 | $8,000.00 |
| KEITH BITTERLY 203 WINDROCK DRIVE. VICTORIA, TX 77904 | Customer | (2) Containers w/Parts | 5/18/2016 | $6,500.00 |
| KEITH BITTERLY 203 WINDROCK DRIVE. VICTORIA, TX 77904 | Customer | (1) Container w/Parts | 5/20/2016 | $2,640.00 |

Debtor Name:          Global Geophysical Services, Inc.                          Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Who received the transfer? | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| KEITH W. BITTERLY<br>203 WINDROCK DRIVE.<br>VICTORIA, TX 77904 | Customer | (1) Oil Transfer Container | 11/18/2015 | $500.00 |
| LESZEK BEDNARSKI<br>ADDRESS ON FILE | Ex Employee | Workstation HP 2620 | 7/28/2016 | $750.00 |
| MARK WISE<br>ADDRESS ON FILE | Employee | Scrap Wire | 6/10/2016 | $330.00 |
| MICHAEL DEWAN<br>ADDRESS ON FILE | Customer | Chevrolet C5500 Truck | 7/26/2016 | $10,000.00 |
| MIRYAM ELIYANETH LOPEZ MURCIA<br>CALLE 6 BIS NO. 79F-50<br>BOGOTÁ D.C., 110821<br>COLOMBIA | Customer | (18) Generators | 3/28/2016 | $34,000.00 |
| MIRYAM ELIYANETH LOPEZ MURCIA<br>CALLE 6 BIS NO. 79F-50<br>BOGOTÁ D.C., 110821<br>COLOMBIA | Customer | (2) Yanmar Pumps | 4/7/2016 | $228.00 |
| MIRYAM ELIYANETH LOPEZ MURCIA<br>CALLE 6 BIS NO. 79F-50<br>BOGOTÁ D.C., 110821<br>COLOMBIA | Customer | (3) Water Pumps | 5/2/2016 | $751.00 |
| MULTIJOBS<br>PO BOX 33051<br>NAIROBI, 00600 KENYA | Customer | Kenya Trucks | 4/20/2015 | $87,600.00 |
| NCS SUBSEA<br>3928 BLUEBONNET DR.<br>STAFFORD, TX 77477 | Customer | Navigation Equipment | 4/13/2015 | $25,000.00 |
| OCTAVIO ORTEGA<br>VEREDA EL CHACAL<br>PARCELACIÓN PUENTE<br>ARANDA LOTE 1 11<br>TENJO, C/MARCA, 250207<br>COLOMBIA | Customer | (3)Generators/Camp Equipment | 10/28/2015 | $2,324.00 |
| RAKI<br>6305 SKYLINE DRIVE<br>HOUSTON, TX 77057 | Customer | 60 Pallets of Used Scrapped ULS Cables | 3/9/2016 | $14,655.00 |
| RICHARD SMITH<br>ADDRESS ON FILE | Ex Employee | (3) Light Vehicles | 4/7/2015 | $5,000.00 |
| RIFT VALLEY MOVERS INVESTMENTS<br>PO BOX 23516<br>NAIROBI, 00625 KENYA | Customer | 46 Vehicles | 6/20/2016 | $654,000.00 |
| SEAN GORE<br>ADDRESS ON FILE | Employee | (1) Used (Not Certified) 20Ft. Container | 2/16/2016 | $750.00 |

Debtor Name:          Global Geophysical Services, Inc.                                    Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Who received the transfer? | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| SEISIMIC EQUIPMENT SOLUTIONS 10000 WEST AIRPORT BLVD HOUSTON, TX 77031 | Customer | Sercel 428 Fiber Optic Cables Complete 550m etc. | 6/30/2016 | $5,300.00 |
| SEISMIC EQUIPMENT SOLUTION 10000 WEST AIRPORT BLVD HOUSTON, TX 77031 | Customer | 210 HDR Seals | 7/11/2016 | $35.00 |
| SEISMIC EQUIPMENT SOLUTION LP 10000 WEST AIRPORT BLVD HOUSTON, TX 77031 | Customer | Scrap | 10/7/2015 | $1,680.00 |
| SEISMIC EQUIPMENT SOLUTIONS 10000 WEST AIRPORT BLVD HOUSTON, TX 77031 | Customer | Red Connector, Cable, Boot | 7/27/2015 | $2,118.75 |
| SEISMIC EQUIPMENT SOLUTIONS 10000 WEST AIRPORT BLVD HOUSTON, TX 77031 | Customer | VE432DPG Radio Cable, Master Cable for 408 UL, VE432DPG Analog Pilot Cable | 8/31/2015 | $300.00 |
| STEVE BENSON ADDRESS ON FILE | Customer | ULS Cables | 6/14/2016 | $10,000.00 |
| TAFUR CARDENAS JAIRO CALLE 142B NO. 138A-15 BOGOTÁ D.C., 111151 COLOMBIA | Customer | (3) Water Pumps | 5/2/2016 | $380.00 |
| THE ALCAR COMPANY 7725 78TH ST N PINELLAS PARK, FL 33781 | Customer | (43) Vehicles | 6/6/2016 | $391,000.00 |
| THE R T CLARK COMPANIES 10800 NW GARNETT STREET OKLAHOMA CITY, OK 73114 | Customer | (1) Shotpro2, s/n SP1633, (1) Shotpro2, s/n SP1671, (1) Cable, Shotpro2 Decoder, (1) Cable, Shotpro2 Encoder (wired for Sercel 428), (1) iSys V12 Thermal Plotter, s/n 21042 | 7/13/2016 | $2,550.00 |
| THOMAS LAHOUSE ADDRESS ON FILE | Ex Employee | Monitor and computer | 5/4/2015 | $500.00 |
| TREVOR WAYNE LOWE ADDRESS ON FILE | Employee | (1) Vehicle/Trailer w/Parts | 5/20/2016 | $10,600.00 |
| VERGHESE M ADDRESS ON FILE | Ex Employee | Tempered  Glass Writing Board and Mounting Hardware | 3/12/2015 | $75.00 |
| WADE HOPWOOD ADDRESS ON FILE | Ex Employee | Computer | 7/13/2016 | $250.00 |

Debtor Name:          Global Geophysical Services, Inc.                                    Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Who received the transfer? | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| WELLFIELD SERVICES LIMITADA PARANA Nº 830 PISO 3 CIUDAD AUTONOMA BUENOS AIRES, 1017 ARGENTINA | Customer | 5 containers | 2/26/2015 | $56,417.00 |
| WILLIAM GARDNER ADDRESS ON FILE | Ex Employee | Assorted Hand Tools | 6/6/2016 | $300.00 |
| YAIR LOPEZ ADDRESS ON FILE | Employee | GPSeismic Software | 6/29/2016 | $2,000.00 |
| ZAMIR ALBERTO PENA CALLE 9 NO. 10-79 SAN MARTÍN, 507021 COLOMBIA | Customer | (1) Ambulance | 5/26/2016 | $14,700.00 |

Debtor Name:          Global Geophysical Services, Inc.                                          Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 10, Question 18:** Closed financial accounts

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| AMEGY BANK OF TEXAS, N.A.<br>AMEGY BANK<br>PO BOX 4837<br>HOUSTON, TX 77210 | 4784 | Checking | 2015 | $0.00 |
| AMEGY BANK OF TEXAS, N.A.<br>AMEGY BANK<br>PO BOX 4837<br>HOUSTON, TX 77210 | 7557 | Checking | 2015 | $0.00 |
| AMEGY BANK OF TEXAS, N.A.<br>AMEGY BANK<br>PO BOX 4837<br>HOUSTON, TX 77210 | 0415 | Checking | 2015 | $0.00 |
| BANCO AGRARIO DE COLOMBIA<br>BANCO AGRARIO DE COLOMBIA (SAN MARTIN, COLOMBIA)<br>CARRERA 7 NO. 5-68<br>SAN MARTÍN, 50689 COLOMBIA | 1318 | Checking | 7/14/2016 | $0.00 |
| BANCO DE CHILE<br>EL BOSQUE ROBLE - BANCA PRIVADA<br>EL BOSQUE NORTE 500 PISO 2<br>PROVIDENCIA, CHILE | 8-10 | Other (Disbursement Account) | 7/5/2016 | $0.00 |
| BANCO DE CHILE<br>EL BOSQUE ROBLE - BANCA PRIVADA<br>EL BOSQUE NORTE 500 PISO 2<br>PROVIDENCIA, CHILE | 8-05 | Checking | 7/5/2016 | $0.00 |
| BANCOLOMBIA<br>BANCOLOMBIA  PRINCIPAL – BOGOTA<br>CALLE 100 8A-17<br>LC 129<br>BOGATA, COLOMBIA | 6-73 | Savings | 7/14/2016 | $0.00 |
| BANCOLOMBIA<br>BANCOLOMBIA  PRINCIPAL – BOGOTA<br>CALLE 100 8A-17<br>LC 129<br>BOGATA, COLOMBIA | 1-71 | Checking | 7/14/2016 | $0.00 |
| BANCOLOMBIA<br>BANCOLOMBIA  PRINCIPAL – BOGOTA<br>CALLE 100 8A-17<br>LC 129<br>BOGATA, COLOMBIA | 0-71 | Checking | 7/14/2016 | $0.00 |
| BANK OF AMERICA, MERRILL LYNCH<br>BANK OF AMERICA CORPORATE CENTER<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 | 3897 | Other (Disbursement Account) | 6/6/2016 | $0.00 |

Debtor Name:        Global Geophysical Services, Inc.                          Case Number:        16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 10, Question 18:** Closed financial accounts

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| BANK OF AMERICA, MERRILL LYNCH<br>BANK OF AMERICA CORPORATE CENTER<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 | 0799 | Other (Disbursement Account) | 2015 | $0.00 |

Debtor Name:          Global Geophysical Services, Inc.                          Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 10, Question 20:** Off-premises storage

| Facility name and address | Names of anyone with access to it | Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| ALAGRO S.A.<br>LOTES NO 14 Y 15, PADRON 1505<br>MATRICULA NO Q01-922<br>MARISCAL ESTRIGARRIBIA<br>BOQUERON, DEPARTMENTON DE BOQUERON, PARAGUAY | ALAGRO S.A. | PATRICIO MACIEL NO, 9002<br>ASUNCION, PARAGUAY, | Seismic Equipment | Yes |
| BLUE FIN (OSC TOP YARD)<br>P.O. BOX 21897<br>DUBAI, UNITED ARAB EMIRATES | NEETA - NEETA@BLUEFINSHIPPING.COM | BUSINESS BAY, CLOVER BAY TOWER 13TH FLOOR, OFFICE NO. 1309-1312, PO BOX 21897<br>DUBAI, UNITED ARAB EMIRATES, | Seismic Equipment | Yes |
| BODEGA 4<br>PARQUE INDUSTRIAL PUERTO VALLARTA<br>AV TRONCAL PANAMERICAN NO. 5 – 61 E<br>PROPIEDAD HORIZONTAL MUNICIPIO DE MOSQUERA, COLOMBIA | MARIA,ROMERO CASTIBLANCO JESUS | CALLE 98, NO. 22-64 OFICINA 807, EDIFICIO CALLE 100<br>BOGATA, COLUMBIA, | Seismic Equipment | Yes |
| BRICE SUKAKPAK PAD<br>LOT 2A, BLOCK 2300<br>BARROW RECORDING DISTRICT<br>DEADHORSE AIRPORT<br>DEADHORSE, AK 99734 | LEBLANC, AL | 13927 S. GESSNER RD.<br>MISSOURI CITY, TX 77489 | Seismic Equipment | Yes |
| BURITIZEIRO<br>BR 365<br>KM 168<br>BURITIZEIRO, MINAS GERAIS, BRAZIL | LUIZ ANTÔNIO PEREIRA | RUA PEDRO TOMAZ Nº 44<br>JARDIM AMÉRICA<br>PATOS DE MINAS, | Seismic Equipment | Yes |
| CULBERTSON MT<br>783  6TH ST. EAST<br>CULBERTSON, MT 59218 | LEBLANC, AL | 13927 S. GESSNER RD.<br>MISSOURI CITY, TX 77489 | Seismic Equipment | Yes |
| DASHTI SANAT AND LOGISTICS GAZNA RD.<br>ERBIL, IRAQ | CHAPIDZE, GIANNI | 1788 GANJAN CITY GATE III, BAHARKA RD.<br>ERBIL, IRAQ, | Seismic Equipment | Yes |
| ELIAS CAZAL<br>CARRETERA DE LOPEZ Y LA BURRERITA Nº 2012<br>LAMBARÉ, PARAGUAY | CAZAL, ELIAS | CARRETERA DE LOPEZ Y LA BURRERITA Nº 2012<br>LAMBARÉ, PARAGUAY, | Seismic Equipment | Yes |
| ENERGY LOGISTICS GAZNA RD.<br>ERBIL, IRAQ | CHAPIDZE, GIANNI | 1788 GANJAN CITY GATE III, BAHARKA RD.<br>ERBIL, IRAQ, | Seismic Equipment | Yes |
| HOUSTON OFFICE<br>13927 SOUTH GESSNER RD.<br>MISSOURI CITY, TX 77489 | LEBLANC, AL | 13927 S. GESSNER RD.<br>MISSOURI CITY, TX 77489 | Seismic Equipment | Yes |

Debtor Name:          Global Geophysical Services, Inc.                                    Case Number:          16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 10, Question 20:** Off-premises storage

| Facility name and address | Names of anyone with access to it | Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| K&K PAD<br>LOT 1, BLOCK 500<br>BARROW RECORDING<br>DISTRICT<br>DEADHORSE AIRPORT<br>DEADHORSE, AK 99734 | LEBLANC, AL | 13927 S. GESSNER RD.<br>MISSOURI CITY, TX 77489 | Seismic Equipment | Yes |
| KAPESE TULLOW YARD<br>TURKANA, KENYA | MAKUMI, MONICA | 6TH FLOOR WESTEND TOWERS<br>MUTHANGARI DRIVE<br>OFF WAIYAKI WAY<br>NAIROBI, KENYA, | Seismic Equipment | Yes |
| KASUKU CLOSE 436<br>KAREN<br>NAIROBI MULTI JOBS YARD<br>NAIROBI, KENYA | SAGOO | MULTIJOBSAFRICA@GMAIL.COM<br>NAIROBI, KENYA, | Rolling Stock | Yes |
| WELL PAD<br>COUNTY ROAD 1725 N &<br>COUNTY ROAD 125 E<br>3 MILES NORTH OF ENFIELD<br>ENFIELD, IL 62835 | LEBLANC, AL | 13927 S. GESSNER RD.<br>MISSOURI CITY, TX 77489 | Seismic Equipment | Yes |

Debtor Name:        Global Geophysical Services, Inc.                                              Case Number:            16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 12, Question 22:** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

| Case Title | Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| | | | | |

The Debtor has not been part of any judicial or administrative proceeding under any environmental law since February 9, 2015.  To view judicial or administrative proceeding under any environmental law that may have occurred prior to February 9, 2015, please refer to the Statement of Financial Affairs environmental responses from the previous Autoseis, Inc. (14-20130) chapter 11 cases.

Debtor Name: Global Geophysical Services, Inc.                                    Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 12, Question 23:** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

The Debtor has not been notified by any governmental unit regarding any violation or potential violation of any environmental law since February 9, 2015. To view notices by any governmental unit regarding any violation or potential violation of any environmental law that may have occurred prior to February 9, 2015, please refer to the Statement of Financial Affairs environmental responses from the previous Autoseis, Inc. (14-20130) chapter 11 cases.

Debtor Name: Global Geophysical Services, Inc.                                          Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 12, Question 24:** Has the debtor notified any governmental unit of any release of hazardous material?

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

The Debtor has not notified any governmental unit of any release of hazardous material since February 9, 2015. To view notices to any governmental unit regarding any release of hazardous material that may have occurred prior to February 9, 2015, please refer to the Statement of Financial Affairs environmental responses from the previous Autoseis, Inc. (14-20130) chapter 11 cases.

Debtor Name:        Global Geophysical Services, Inc.                    Case Number:        16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 25:** Other businesses in which the debtor has or has had an interest

| Business name and address | Describe the nature of the business | Employer identification number | Date business existed From | Date business existed To |
|---|---|---|---|---|
| ACOUSTIC ZOOM INC. 685 ST. THOMAS LANE PARADISE, NL, A1L 3V2 CANADA | HYDROCARBON AND MINERAL EXTRACTION | | | PRESENT |
| APERIO ENERGY PARTNERS, LLC 840 GESSNER ROAD THREE MEMORIAL PLAZA, SUITE 350 HOUSTON, TX 77024 | HYDROCARBON PLAY OPPORTUNITY DEVELOPMENT INVESTMENT | 80-0743551 | | JANUARY 15, 2016 |
| AUTOSEIS, INC. 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY | 26-0265224 | | PRESENT |
| GGS INTERNATIONAL HOLDINGS, INC. 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY | 20-5702420 | | PRESENT |
| GGS MEXICO SERVICES, S. DE R.L. DE C.V. C/O MIRANDA & ESTAVILLO, S.C. PASEO DE LA REFORMA 2654, PISO 9 LOMAS ALTAS, DF, 11950 MEXICO | FOREIGN SUBSIDIARY | | | PRESENT |
| GLOBAL AMBIENT SEISMIC, INC. 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY-AMBIENT SEISMIC MONITORING | 27-3362256 | | PRESENT |
| GLOBAL EASTERN HEMISPHERE, LIMITED VICTORIA CORPORATE AGENTS (PROPRIETARY) LIMITED SUITE 108, PREMIER BUILDING VICTORIA, MAHE, SEYCHELLES | FOREIGN SUBSIDIARY | | | PRESENT |
| GLOBAL EURASIA, LLC 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY | 27-3763711 | | PRESENT |
| GLOBAL GEOPHYSICAL (MCD), LLC 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY-SEISMIC DATA LIBRARY | N/A | | PRESENT |
| GLOBAL GEOPHYSICAL EAME, INC. 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY | 27-3672130 | | PRESENT |
| GLOBAL GEOPHYSICAL HOLDINGS, INC. WICKHAMS CAY 1, P.O. BOX 3140 ROAD TOWN, TORTOLA, VG1110 VIRGIN ISLANDS (BRITISH) | FOREIGN SUBSIDIARY | | | PRESENT |

Debtor Name:          Global Geophysical Services, Inc.                                        Case Number:            16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 25:** Other businesses in which the debtor has or has had an interest

| Business name and address | Describe the nature of the business | Employer identification number | Date business existed From | Date business existed To |
|---|---|---|---|---|
| GLOBAL GEOPHYSICAL SERVICES ARABIA, LTD 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY | | | PRESENT |
| GLOBAL GEOPHYSICAL SERVICES CANADA INC. 1500, 407 - 2ND STREET SW CALGARY, AB T2P 2Y3 CANADA | FOREIGN SUBSIDIARY | | | PRESENT |
| GLOBAL GEOPHYSICAL SERVICES NIGERIA LIMITED 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY | | | PRESENT |
| GLOBAL GEOPHYSICAL SERVICES SP., Z.O.O 13927 SOUTH GESSNER ROAD MISSOURI CITY, TX 77489 | SUBSIDIARY | | | PRESENT |
| GLOBAL GEOPHYSICAL SERVICES, LTD. C/O APPLYBY TRUST (CAYMAN) LTD. CLIFTON HOUSE, 75 FORT STREET P.O. BOX 1350 GEORGE TOWN, GRAND CAYMAN, KY1-1108 CAYMAN ISLANDS | FOREIGN SUBSIDIARY | | | PRESENT |
| GLOBAL GEOPHYSICAL SERVICES, S. DE R.L. DE C.V. C/O MIRANDA & ESTAVILLO, S.C. PASEO DE LA REFORMA 2654, PISO 9 LOMAS ALTAS, DF, 11950 MEXICO | FOREIGN SUBSIDIARY | | | PRESENT |
| GLOBAL GEOPHYSICAL SERVICES, SPA. LAS HERAS Nº 549  FITZ ROY PUNTA ARENAS, 6202096 CHILE | FOREIGN SUBSIDIARY | | | PRESENT |
| GLOBAL SERVICOS GEOFISICOS LTDA AVENIDA JORNALISTA RICARDO MARINHO, 360 BARRA DA TIJUCA, SALA RIO DE JANEIRO, 104-105 BRAZIL | FOREIGN SUBSIDIARY | | | PRESENT |

Debtor Name: Global Geophysical Services, Inc.                                        Case Number:   16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 26a:** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Name and address | Dates of service From | Dates of service To |
|---|---|---|
| CHI, CHUNG-PEI<br>ADDRESS ON FILE | 8/6/2015 | Present |
| DOBROSKY, RAYMOND J.<br>ADDRESS ON FILE | 8/11/2014 | 8/5/2015 |
| GORE, SEAN M.<br>ADDRESS ON FILE | 8/4/2014 | Present |
| SPEER, LISA A.<br>ADDRESS ON FILE | 8/4/2014 | 6/18/2015 |
| WILLETT, STEPHANIE J.<br>ADDRESS ON FILE | 9/11/2014 | Present |

Debtor Name:        Global Geophysical Services, Inc.                          Case Number:        16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 26c:** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| CHI, CHUNG-PEI<br>ADDRESS ON FILE | |
| GORE, SEAN M.<br>ADDRESS ON FILE | |
| WILLETT, STEPHANIE J.<br>ADDRESS ON FILE | |

Debtor Name:          Global Geophysical Services, Inc.                                    Case Number:        16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 26d:** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Name and address |
| --- |
| GE CAPITAL, AMERICAS<br>201 MERRITT SEVEN, 4TH FLOOR<br>NORWALK, CT 06851 |
| LOCKTON COMPANIES, LLC<br>5847 SAN FELIPE, SUITE 320<br>HOUSTON, TX 77057 |
| PACIFIC WESTERN EQUIPMENT FINANCE<br>6975 UNION PARK CENTER, SUITE 200<br>COTTONWOOD HEIGHTS, UT 84047 |
| SANTOS LTD<br>SANTOS CENTRE, 60 FLINDERS STREET<br>ADELAIDE, SA, 5000 AUSTRALIA |
| WILMINGTON SAVINGS FUND, FSB<br>500 DELAWARE AVENUE, 11TH FLOOR<br>WILMINGTON, DE 19801 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION<br>50 SOUTH SIXTH STREET SUITE 1290<br>MINNEAPOLIS, MN 55402 |

The Debtors have provided financial statements on a consolidated basis in the ordinary course of their businesses to numerous financial institutions, creditors and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge of consent, the Debtors may not have disclosed parties that may have received such financial statements for the purpose of statement 26d.

Debtor Name: Global Geophysical Services, Inc.                                        Case Number:   16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 28:** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- |
| AUSTIN, WILLIAM M.<br>ADDRESS ON FILE | Director | |
| BURNETT, JR., FREDERICK W.<br>ADDRESS ON FILE | Vice President, General Counsel and Secretary | |
| CHI, CHUNG-PEI<br>ADDRESS ON FILE | Acting Corporate Controller | |
| DURAN, MICHAEL C.<br>ADDRESS ON FILE | Director | |
| GLOBAL GEOPHYSICAL SERVICES, LLC<br>13927 SOUTH GESSNER ROAD<br>MISSOURI CITY, TX 77489 | Shareholder | 100% |
| GORE, SEAN M.<br>ADDRESS ON FILE | President, Chief Executive Officer, Senior Vice President, Chief Financial Officer, Treasurer, Assistant Secretary, and Director | |
| WELLS, L. SPENCER<br>ADDRESS ON FILE | Chairman of the Board, Director | |
| ZEIDMAN, FRED S.<br>ADDRESS ON FILE | Director | |

Debtor Name: Global Geophysical Services, Inc.                                   Case Number: 16-20307

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 29:** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Name and address | Position and nature of any interest | Period during which position or interest was held From | Period during which position or interest was held To |
|---|---|---|---|
| BRASHER, JAMES ADDRESS ON FILE | Senior Vice President and General Counsel | | 9/4/2015 |
| DOBROSKY, RAYMOND J. ADDRESS ON FILE | Vice President and Corporate Controller | | 8/5/2015 |
| FLEURE, THOMAS J. ADDRESS ON FILE | Senior Vice President, Geophysical Technology | | 5/13/2016 |
| FLYNN, MAURICE ADDRESS ON FILE | Vice President, Eastern Hemisphere | | 4/29/2016 |
| HOWELL, JEFF M. ADDRESS ON FILE | Vice President, HSEQ | | 4/1/2016 |
| PEEBLES, ROSS G. ADDRESS ON FILE | Interim President and Chief Executive Officer and Director | | 5/6/2016 |
| WHITE, RICHARD ADDRESS ON FILE | President and Chief Executive Officer | | 9/11/2015 |