IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re** § § | | **Chapter 11** |
| **GLOBAL GEOPHYSICAL** § § | | |
| **SERVICES, LLC,** *et al.*,[1] § § | | **Case No. 16-20306** |
| **Debtors.** § § § § | | |

### *AMENDED[2]* AGENDA FOR HEARING ON JUNE 8, 2021 AT 3:00 P.M. (CT)

1. Motion of Global Geophysical Services, LLC to Reopen its Bankruptcy Case and Enforce the Confirmation Order [Dkt. No. 224]

   **Responses**:

   A. Objection of San Roman Ranch Mineral Partners, Ltd. to Motion of Global Geophysical Services, LLC to Reopen its Bankruptcy Case and Enforce the Confirmation Order [Dkt. No. 225]

   B. Global Geophysical Services, LLC's Reply in Support of Motion to Reopen its Bankruptcy Case and Enforce the Confirmation Order [Dkt. No. 227]

   **Related Documents**:

   A. Notice of Hearing on Motion of Global Geophysical Services, LLC to Reopen its Bankruptcy Case and Enforce the Confirmation Order [Dkt. No. 226]

   B. San Roman Ranch Mineral Partners, Ltd.'s Request under Federal Rule of Evidence 201(b) for Judicial Notice [Dkt. No. 228]

   C. San Roman Ranch Mineral Partners, Ltd.'s Witness and Exhibit List [Dkt. No. 229]

---

[1] The Debtors in these chapter 11 cases were: Global Geophysical Services, LLC (7582); Global Geophysical Services, Inc. (4281); Global Geophysical EAME, Inc. (2130); GGS International Holdings, Inc. (2420); Global Ambient Seismic, Inc. (2256); Autoseis, Inc. (5224); Autoseis Development Company (9066); and Global Geophysical (MCD), LLC (a disregarded entity for tax purposes).

[2] Amended items are included in **bold text**.

    D.    Global Geophysical Services, LLC's Witness and Exhibit List for Hearing on Motion of Global Geophysical Services, LLC to Reopen its Bankruptcy Case and Enforce the Confirmation Order [Dkt. No. 224] [Dkt. No. 230]

    **E.**    **Global Geophysical Services, LLC's Amended Witness and Exhibit List for Hearing on Motion of Global Geophysical Services, LLC to Reopen its Bankruptcy Case and Enforce the Confirmation Order [Dkt. No. 224] [Dkt. No. 232]**

**Status**:    This matter is going forward.

Dated: June 8, 2021
Houston, Texas

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Nicholas E. Petree*
Jim Wetwiska
State Bar No. 00785223
jwetwiska@akingump.com
Nicholas E. Petree
State Bar No. 24083657
npetree@akingump.com
Rachel Biblo Block
State Bar No. 24097382
rbibloblock@akingump.com
R. Conor Tomalty
State Bar No. 24121170
ctomalty@akingump.com
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

**ATTORNEYS FOR DEBTORS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Amended Agenda for Hearing on June 8, 2021 at 3:00 P.M. (CT)* has been served on this 8th day of June, 2021, by the Electronic Case Filing System of the United States Bankruptcy Court for the Southern District of Texas. Additionally, I have caused a copy of this document to be served by email on counsel to San Roman Ranch Mineral Partners, Ltd. at the following address:

Albert M. Gutierrez
Person, Mohrer, Morales, Boddy, Garcia, Gutierrez, PLLC
8610 Broadway, Suite 440
San Antonio, Texas 78217
amg@pmbglaw.com

J. Douglas Uloth
ULOTH, P.C.
5080 Spectrum Drive, Suite 1000 East
Addison, Texas 75001
douguloth@ulothlaw.com

                                      */s/ Nicholas E. Petree*
                                      Nicholas E. Petree