UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

In re: GLOBAL GEOPHYSICAL SERVICES, LLC, et al., §§§§

Debtor(s)

Case No. 16-20306

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 08/03/2016

Plan Confirmed Date: 09/16/2016

Plan Effective Date: 10/03/2016

This Post-confirmation Report relates to: ⦿ Reorganized Debtor
○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ _Sean M. Gore_ (signature)
Signature of Responsible Party

10/07/2021
Date

Sean M. Gore
Printed Name of Responsible Party

P.O. Box 316, Barker, Texas 77413
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)

1

Debtor's Name GLOBAL GEOPHYSICAL SERVICES, LLC, et al.,　　　　　　　　　　Case No. 16-20306

### Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $202,642 | $6,318,403 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $202,642 | $6,318,403 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | Aggregate Total | | | | |
| | Itemized Breakdown by Firm | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| Delete ii | | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | Aggregate Total | | | | |
| | Itemized Breakdown by Firm | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| Delete ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $6,000,000 | $0 | $1,500,000 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $41,443,489 | $0 | $832,677 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?　　　　　　　　　　　　　　　　　　　　Yes ● No ○

　　If yes, give date Final Decree was entered: _____

　　If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　Yes ● No ○

UST Form 11-PCR (06/07/2021)　　　　　　　　2

Debtor's Name GLOBAL GEOPHYSICAL SERVICES, LLC, et al.,                                                                 Case No. 16-20306

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ _Sean M. Gore_                                                           Sean M. Gore
Signature of Responsible Party                                     Printed Name of Responsible Party

President & Chief Executive Officer                              10/07/2021
Title                                                                               Date

[ Save ]                                    [ Generate PDF for Court Filing and Remove Watermark ]

UST Form 11-PCR (06/07/2021)                                  3